JS 44B
(Rev. 1/83)

CIVIL COVER SHEET

04-00034

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (For more detailed instructions, see separate instruction sheet.)

| PLAINTIFFS | DEFENDANTS |
|---|---|
| MARUWA SHOKAI GUAM, INC. | F?V YOKO MARU #35, its engines gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc. |
| COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Guam (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____ (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) Van de veld Shimizu Canto & Fisher Curtis C. Van de veld, Esq. Ste. 101, Dela Corte Bldg. 167 E. Marine Corps Drive (671) 472-1131 Hagatna, Guam 96910 | ATTORNEYS (IF KNOWN) RECEIVED JUL 07 2004 DISTRICT COURT OF GUAM HAGATNA, GUAM |

(PLACE AN ☐ IN ONE BOX ONLY)   **BASIS OF JURISDICTION**

☐ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☒ 3 FEDERAL QUESTION (U.S. NOT A PARTY)   ☐ 5 LOCAL QUESTION

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)

Arrest and foreclosure of maritime claim & lien and sale

(PLACE AN ☒ IN ONE BOX ONLY)   **NATURE OF SUIT**

| CONTRACT | TORTS | CIVIL RIGHTS | FORFEITURE/PENALTY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 INSURANCE | **PERSONAL INJURY** | ☐ 441 VOTING | ☐ 610 AGRICULTURE | ☐ 400 STATE REAPPORTIONMENT |
| ☐ 120 MARINE | ☐ 310 AIRPLANE | ☐ 442 JOBS | ☐ 620 FOOD & DRUG | ☐ 410 ANTI-TRUST |
| ☐ 130 MILLER ACT | ☐ 315 AIRPLANE PRODUCT LIABILITY | ☐ 443 ACCOMMODATIONS | ☐ 630 LIQUOR LAWS | ☐ 420 BANKRUPTCY TRUSTEE |
| ☐ 140 NEGOTIABLE INSTRUMENT | ☐ 320 ASSAULT, LIBEL & SLANDER | ☐ 444 WELFARE | ☐ 640 R.R. & TRUCK | ☐ 421 TRANSFER (915b) |
| ☐ 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT | ☐ 330 FEDERAL EMPLOYERS' LIABILITY | ☐ 440 OTHER CIVIL RIGHTS | ☐ 650 AIRLINE REGS. | ☐ 422 APPEAL (801) |
| ☐ 151 MEDICARE ACT | ☐ 340 MARINE | | ☐ 660 OCCUPATIONAL SAFETY/HEALTH | ☐ 430 BANKS AND BANKING |
| ☐ 152 RECOVERY OF DEFAULTED STUDENT LOANS | ☐ 345 MARINE PRODUCT LIABILITY | | ☐ 690 OTHER | ☐ 450 COMMERCE ICC RATES, ETC. |
| ☐ 153 RECOVERY OF OVERPAYMENT OF VETERANS BENEFITS | ☐ 350 MOTOR VEHICLE | | **LABOR** | ☐ 460 DEPORTATION |
| ☐ 160 STOCKHOLDERS SUITS | ☐ 355 MOTOR VEHICLE PRODUCT LIABILITY | **PRISONER PETITIONS** | ☐ 710 FAIR LABOR STANDARDS | ☐ 810 SELECTIVE SERVICE |
| ☐ 190 OTHER CONTRACT | ☐ 360 OTHER PERSONAL INJURY | | ☐ 720 LABOR/MGMT. RELATIONS | ☐ 850 SECURITIES COMMODITIES EXCHANGE |
| ☐ 195 CONTRACT PRODUCT LIABILITY | ☐ 365 PERSONAL INJURY PRODUCT LIABILITY | ☐ 510 VACATE SENTENCE (2255) | ☐ 730 LABOR/MGMT. REPORTING & DISCLOSURE ACT | **SOCIAL SECURITY** |
| | | ☐ 520 PAROLE COMMISSION REVIEW | ☐ 740 RAILWAY LABOR ACT | ☐ 861 HIA (1395ff) |
| **REAL PROPERTY** | **PERSONAL PROPERTY** | | ☐ 790 OTHER LABOR LITIGATION | ☐ 862 BLACK LUNG (923) |
| ☐ 210 CONDEMNATION | ☐ 370 OTHER FRAUD | ☐ 530 HABEAS CORPUS | ☐ 791 EMPLOYEE RETIREMENT INCOME SECURITY ACT | ☐ 863 DIWC (405(g)) |
| ☐ 220 FORECLOSURE | ☐ 371 TRUTH IN LENDING | | | ☐ 863 DIWW (405(g)) |
| ☐ 230 RENT LEASE & EJECTMENT | ☐ 380 OTHER PERSONAL PROPERTY DAMAGE | ☐ 540 MANDAMUS & OTHER | | ☐ 864 SSID Title XVI |
| ☐ 240 TORTS TO LAND | | | | ☐ 865 RSI (405 (g)) |
| ☐ 245 TORT PRODUCT LIABILITY | ☐ 385 PROPERTY DAMAGE PRODUCT LIABILITY | ☐ 550 CIVIL RIGHTS | **PROPERTY RIGHTS** | **TAX SUITS** |
| ☐ 290 ALL OTHER REAL PROPERTY | | | ☐ 820 COPYRIGHT | ☐ 870 TAXES |
| | | | ☐ 830 PATENT | ☐ 871 IRS-THIRD PARTY |
| | | | ☐ 840 TRADEMARK | |

Other Statutes column (additional):
☐ 875 CUSTOMER CHALLENGE 12 USC 3410
☐ 891 AGRICULTURAL ACTS
☐ 892 ECONOMIC STABILIZATION ACT
☐ 893 ENVIRONMENTAL MATTERS
☐ 894 ENERGY ALLOCATION ACT
☐ 895 FREEDOM OF INFORMATION ACT
☐ 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE ACT
☐ 950 CONSTITUTIONALITY OF STATE STATUES
☐ 970 NARA, TITLE II
☐ 890 OTHER STATUTORY ACTIONS

UNITED STATES DISTRICT COURT   (Continued on Reverse Side)

JS 44B
(Rev. 1/83)

# CIVIL COVER SHEET (Reverse Side)

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (For more detailed instructions, see separate instruction sheet.)

INSTRUCTIONS: After completing the front side of form JS 44B, complete the information requested below.

*(PLACE AN ☒ IN ONE BOX ONLY)* **ORIGIN**

- ☒ 1 ORIGINAL PROCEEDING
- ☐ 2 REMOVED FROM STATE COURT
- ☐ 3 REMANDED FROM APPELLATE COURT
- ☐ 4 REINSTATED OR REOPENED
- ☐ 5 TRANSFERRED FROM (SPECIFY DIST.)
- ☐ 6 MULTIDISTRICT LITIGATION
- ☐ 7 APPEAL TO DISTRICT JUDGE FROM MAGISTRATE JUDGMENT

**LOCAL QUESTION**
- ☐ 910 DOMESTIC RELATIONS
- ☐ 920 INSANITY
- ☐ 930 PROBATE
- ☐ 940 SUBSTITUTE TRUSTEE
- ☐ 990 OTHER

*Check/Fill in if demanded in complaint*

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 138,581.06

OTHER

*Check YES only if demanded in complaint:*

JURY DEMAND ☐ YES ☒ NO

**REMARKS**

DATE: 07 July 04

SIGNATURE OF ATTORNEY OF RECORD: *[signature] Curtis C. Van de...*

COMMENTS (Use if additional space is required):

VAN DE VELD SHIMIZU CANTO & FISHER
Attorneys At Law
Suite 101, Dela Corte Bldg.
**167 East Marine Corps Drive**
Hagåtña, Guam 96910
Office: (671) 472-1131
Facsimile: (671) 472-2886

Attorneys for Plaintiff:
  MARUWA SHOKAI GUAM, INC.

FILED
DISTRICT COURT OF GUAM
JUL 07 2004
MARY L. M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT COURT OF GUAM

| | |
|---|---|
| MARUWA SHOKAI GUAM, INC., | Case No. **04-00034** |
| Plaintiff, | |
| vs. | **VERIFIED COMPLAINT** |
| F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc., | *IN REM* |
| Defendants. | |

\* \* COMPLAINT \* \*

**NOW COMES** Plaintiff MARUWA SHOKAI GUAM, INC., (hereinafter "MSG"), through its majority shareholder SUN Y. CHOI, with its

SUN Y. CHOI v. F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc.
VERIFIED COMPLAINT *IN REM*                           Page 1

ORIGINAL
Case 1:04-cv-00034   Document 1-2   Filed 07/07/2004   Page 1 of 7

attorneys identified above, to allege a verified complaint for *in rem* relief against the F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc., as follows:

**JURISDICTION**

1. This Court has original jurisdiction over this matter in admiralty and maritime jurisdiction pursuant to 28 U.S.C. §§1333 *and* FRCP Rules 9, 14(c), 38(e), 82, and the Supplemental Rules for Certain Admiralty and Maritime Claims.

**THE PARTIES**

2. Plaintiff is now and at all relevant times was, a corporation formed and operating under the laws of Guam, and the holder of a certain debt for services and provisions rendered to defendant F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etcetera.

3. On information and belief, the F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc., is now, and at all relevant times was, a foreign flagged fishing vessel owned or chartered by Mitsuya Shimozato.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
SUN Y. CHOI v. F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc.
VERIFIED COMPLAINT *IN REM*                                    Page 2

Case 1:04-cv-00034   Document 1-2   Filed 07/07/2004   Page 2 of 7

# FIRST CAUSE OF ACTION

## MARITIME CLAIM FOR SERVICES AND PROVISIONS RENDERED

4. Defendant F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc., began in or about January 1, 2000, to secure provisions, fuel, ice, air shipping of cargo to market in Japan, and other necessaries and services related to the performance of the purpose of the vessel F/V YOKO MARU #35, i.e. fishing.

5. The provisions, necessaries and services provided by plaintiff were made to the vessel as requested by the captain of the vessel of any particular time the vessel was in port in Guam.

6. As of April 11, 2001, the amount owed by the vessel F/V YOKO MARU #35, had grown to a total of Seventy-Nine Thousand One Hundred Eighty-Eight U.S. Dollars and Thirty-Eight Cents ($79,188.38).

7. Due to non-payment of the amounts owed, plaintiff began to prepare to cause the arrest of defendant to secure payment.

8. Invoices were issued to defendant vessel indicating the amounts charged, that interest would be charged on unpaid invoices at the rate of 2.5% per month, compounded monthly. Defendant accepted the provisions,

SUN Y. CHOI v. F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc.
VERIFIED COMPLAINT *IN REM*            Page 3

Case 1:04-cv-00034    Document 1-2    Filed 07/07/2004    Page 3 of 7

necessaries and services upon such terms indicating defendant's acceptance of the terms.

9. Mitsuya Shimozato, the claimed owner of defendant vessel contacted Plaintiff's legal representative, Sun Y. Choi and promised to pay the full amount owed by defendant vessel in installment payments beginning in January 2004. The promise was made orally via telephone, to be followed by a written memorial of the agreement. The written memorial was simply intended as evidence of the already existing oral agreement. A true and correct copy of the Agreement as transmitted to Mitsuya Shimozato is appended hereto as Exhibit 1.

10. The written memorial indicates that the payments were to be made to Sun Y. Choi, plaintiff's representative, as the plaintiff intended to give such compensation to Sun Y. Choi.

11. The written memorial was never returned to plaintiff.

12. Based on the original invoices and the agreements of the parties, there is now owed, due and unpaid a balance of charges and accrued interest in an amount of One Hundred Thirty-Eight Thousand Five Hundred Eighty-One And Six Hundredths Dollars ($138,581.06).

SUN Y. CHOI v. F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc.
VERIFIED COMPLAINT *IN REM*                                    Page 4

Case 1:04-cv-00034   Document 1-2   Filed 07/07/2004   Page 4 of 7

13. **WHEREFORE,** Plaintiff prays that this honorable court grant plaintiff the following relief:

13.1. Defendant vessel F/V YOKO MARU, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc., be seized under arrest and that it be held to satisfy the judgment herein sought;

13.2. That all persons or entities having or claiming any interest therein be cited to appear and answer, under oath, all and every singular matter aforesaid;

13.3. That Plaintiff be granted a judgment in the amount of One Hundred Thirty-Eight Thousand Five Hundred Eighty-One And Six Hundredths Dollars ($138,581.06), as said amount continues to accrue interest at the rate of two and a half percent (2.5%) per month until paid in full, along with Plaintiff's along with costs of suit and arrest;

13.4. All such other and further relief not specifically requested herein which the court determines upon the hearing of this matter that it is just and proper to award to Plaintiff.

///

///

///

SUN Y. CHOI v. F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc.
VERIFIED COMPLAINT *IN REM*            Page 5

Case 1:04-cv-00034    Document 1-2    Filed 07/07/2004    Page 5 of 7

Respectfully submitted: this Wednesday, July 07, 2004.

VAN DE VELD SHIMIZU CANTO & FISHER

*signature*

**Curtis C. Van de veld, Esq.**
Attorneys for Plaintiff
MARUWA SHOKAI GUAM, INC.

/ / /

/ / /

## * * * VERIFICATION * * *

I hereby swear and affirm under penalty of perjury of the laws of Guam that the allegations of the foregoing Verified Complaint *In Rem* are true and correct to the best of my knowledge and belief pursuant to 6 G.C.A. §4308, this Wednesday, July 07, 2004.

*signature*

Sun Y. Choi
Plaintiff

CCV:ccv
VSCF/MARUWA SHOKAI GUAM, INC./CV001536

SUN Y. CHOI v. F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc.
VERIFIED COMPLAINT *IN REM*                                   Page 6

Case 1:04-cv-00034   Document 1-2   Filed 07/07/2004   Page 6 of 7

# Agreement
Promissory Note

**THIS AGREEMENT** dated as of Effective Date of Agreement (December 26, 2003) between Sun Y. Choi, Guam (the "1st Party") and Mitsuya Shimozato, F/v Yoko Maru #35 (the "2nd Party").

**IN CONSIDERATION** of the mutual covenants and conditions hereinafter set forth and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties agree as follows:

1. Mitsuya Shimozato hereby states the he is the owner of the Vessel F/V Yoko Maru #35 Mitsuya Shimozato is at presently indebted to Sun Y. Choi for the total sum of Seventy Nine thousand One Hundred Eighty Eight U.S. Dollars and thirty eight cents ($79,188.38) for services rendered to shipping vessel F/V Yoko Maru #35.

2. Mitsuya Shimozato hereby agrees to make monthly payments of Two Thousand U.S. Dollars ($2,000.00) per month to Sun Y. Choi beginning January 2, 2004 until the total sum of debt has been paid.

3. Should Mitsuya Shimozato fail to make two consecutive payments in a row; Mitsuya Shimozato hereby agrees to accept any and all legal actions taken against him, within 10 days of default of this agreement, and WILL NOT DISPUTE this agreement nor take any action what so ever in any Court in any Country or Territory.

4. This Agreement sets forth the entire agreement between the parties relating to the subject matter hereof and stands in the place of any previous agreement, whether oral or in writing. The parties agree to no amendment to this Agreement shall be binding upon the parties unless it is in writing and executed by both parties. This agreement shall also be deemed lawful in any Court of Law in any Country or Territory.

5. This agreement shall enure to the benefit of and be binding upon the respective heirs, executors, administrators and assigns of each of the parties hereto.

6. This Agreement may be executed in one or more counterparts, each of which when so executed shall be deemed to be an original and such counterparts together shall constitute one and the same instrument.

7. The parties acknowledge that this Agreement may be negotiated and transmitted between parties by means of facsimile machine and that the terms and conditions agreed to are binding upon the parties. Upon the Agreement being accepted, copies of the facsimile will be validated by both parties forthwith.

**IN WITNESS WHEREOF** this Agreement has been executed by the parties hereto as of the date first above written.

_____
Sun Y. Choi          12/29/03

"Exhibit 1"