***VAN DE VELD SHIMIZU CANTO & FISHER***
Attorneys At Law
Suite 101, Dela Corte Bldg.
**167 East Marine Corps Drive**
Hagåtña, Guam 96910
Office: (671) 472-1131
Facsimile: (671) 472-2886

Attorneys for Plaintiff:
 MARUWA SHOKAI GUAM, INC.

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT COURT OF GUAM

| | |
|---|---|
| MARUWA SHOKAI GUAM, INC., <br><br> Plaintiff, <br><br> vs. <br><br> F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc., <br><br> Defendants. | Case No. **04-00034** <br><br> **MOTION FOR ORDER AUTHORIZING ISSUANCE OF A WARRANT OF ARREST AND DIRECTING THE UNITED STATES MARSHAL TO TAKE POSSESSION OF THE VESSEL** <br><br> [FRCP Supplemental Rules, Rules C(3) and E(4) and LAR Rule E(3)] |

COMES NOW Plaintiff MARUWA SHOKAI GUAM, INC., by and through its Attorneys ***VAN DE VELD SHIMIZU CANTO & FISHER*** by Curtis C. Van de veld, Esq., and requests this Court to issue an order authorizing the Clerk Of Court to issue a Warrant Of Arrest and therein direct the United

---

SUN Y. CHOI v. F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc.
MOTION FOR ORDER AUTHORIZING ISSUANCE OF A WARRANT OF ARREST AND DIRECTING
THE UNITED STATES MARSHAL TO TAKE POSSESSION OF THE VESSEL      **Page 1**

Case 1:04-cv-00034    Document 2    Filed 07/07/2004    Page 1 of 4

States Marshal to take possession of the defendant vessel, F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etcetera, pursuant to <u>FRCP Supplemental Admiralty Rules, Rules C(3) and E(4)</u> and <u>District Court of Guam Local Rules, Local Admiralty Rules Rule E(3)</u>. This motion is supported by the Verified Complaint *In Rem* filed herein the facts therein asserted are incorporated herein as though fully set forth here as a part of the *Statement Of Facts*.

STATEMENT OF FACTS

This action presents to the court an admiralty claim and maritime lien for necessaries provided to defendant F/V YOKO MARU #35, on the credit of the ship. The vessel is currently in port located at the Port Authority of Guam, Apra Harbor, Piti, Guam. This is an action *in rem* only.

ARGUMENT

<u>FRCP Supplemental Admiralty Rules, Rules C(3) and E(4)</u>, and <u>LAR Rule E(3)</u>, authorize this court to make the orders herein requested. This motion presents an admiralty and maritime claim for relief for necessaries and in accordance with the holdings in <u>Jones Tug & Barge v. S.S. Liberty Manufacturer</u>, 178 AMC 1183, (C.D. Ca. 1976); <u>Foss Launch & Tug Co. v.</u>

---

SUN Y. CHOI v. F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc.
MOTION FOR ORDER AUTHORIZING ISSUANCE OF A WARRANT OF ARREST AND DIRECTING
THE UNITED STATES MARSHAL TO TAKE POSSESSION OF THE VESSEL          Page 2

Case 1:04-cv-00034    Document 2    Filed 07/07/2004    Page 2 of 4

Char Ching Shipping, U.S.A., 808 F.2d 697 1987 AMC 913 (9th Cir. 1987); and Exxon Corp. v. Central Gulf Lines, Inc., 500 U.S. 603, 1991 AMC 1817 (1991), this claim for necessaries requires that plaintiff be given the relief herein sought by this motion to secure payment.

CONCLUSION

This court should grant the Plaintiff the following relief based on this motion:

1. An order directing the Clerk Of Court of this Court to issue a Warrant Of Arrest of the fishing vessel F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etcetera, in the form submitted herewith;

2. Direct the United States Marshal to serve and effect the Warrant Of Arrest as provided by law and to turn the property over to Captain Jurgen Unterberg for safekeeping while the matter is pending;

3. Appoint Captain Jurgen Unterberg to act as Custodian and to take possession of the F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etcetera, for safekeeping until further order of the court; and,

SUN Y. CHOI v. F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc.
MOTION FOR ORDER AUTHORIZING ISSUANCE OF A WARRANT OF ARREST AND DIRECTING THE UNITED STATES MARSHAL TO TAKE POSSESSION OF THE VESSEL   **Page 3**

Case 1:04-cv-00034   Document 2   Filed 07/07/2004   Page 3 of 4

4. Provide that the sole responsibility of the United States Marshal is to serve and effect the Warrant of Arrest, make a return to the court and surrender possession to Captain Jurgen Unterberg and thereafter have no financial responsibility or liability respecting the custody of the vessel F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etcetera.

Respectfully submitted: this Wednesday, July 07, 2004.

**VAN DE VELD SHIMIZU CANTO & FISHER**

_____
**Curtis C. Van de veld, Esq.**
Attorneys for Plaintiff
MARUWA SHOKAI GUAM, INC.

CCV:ccv
VSCF/MARUWA SHOKAI GUAM, INC./CV001540

---

SUN Y. CHOI v. F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc.
MOTION FOR ORDER AUTHORIZING ISSUANCE OF A WARRANT OF ARREST AND DIRECTING THE UNITED STATES MARSHAL TO TAKE POSSESSION OF THE VESSEL **Page 4**