**VAN DE VELD SHIMIZU CANTO & FISHER**
Attorneys At Law
Suite 101, Dela Corte Bldg.
**167 East Marine Corps Drive**
Hagåtña, Guam 96910
Office: (671) 472-1131
Facsimile: (671) 472-2886

Attorneys for Plaintiff:
 MARUWA SHOKAI GUAM, INC.

FILED
DISTRICT COURT OF GUAM
JUL 07 2004
MARY L. M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT COURT OF GUAM

| | |
|---|---|
| MARUWA SHOKAI GUAM, INC., ) | Case No. **04-00034** |
| Plaintiff, ) | |
| vs. ) | **REQUEST FOR REVIEW** |
| F/V YOKO MARU #35, its engines, ) gear, appliances, generators, machines, ) equipment, furnishings, tackle, catch, ) etc., ) | |
| Defendants. ) | |

COMES NOW Plaintiff MARUWA SHOKAI GUAM, INC., by and through its Attorneys VAN DE VELD SHIMIZU CANTO & FISHER by Curtis C. Van de veld, Esq., and requests this Court to review the papers on file herein, pursuant to FRCP Supplemental Rules, Rule C, and Local Admiralty

---

SUN Y. CHOI v. F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc.
REQUEST FOR REVIEW   Page 1

ORIGINAL

Rules, Rule E(3), and to enter an order directing the Clerk of this Court to issue a warrant for the arrest of the F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etcetera, as set forth in the Motion For Order Authorizing Issuance of Warrant For Arrest and directing the United States Marshal to arrest and take possession of the vessel and turn the vessel over to Captain Jurgen Unterberg for custody pending further order in this case.

Respectfully submitted: this Wednesday, July 07, 2004.

VAN DE VELD SHIMIZU CANTO & FISHER

*[signature]*

**Curtis C. Van de veld, Esq.**
Attorneys for Plaintiff
MARUWA SHOKAI GUAM, INC.

CCV:ccv
VSCF/MARUWA SHOKAI GUAM, INC./CV001539

---

SUN Y. CHOI v. F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc.
REQUEST FOR REVIEW                        **Page 2**

Case 1:04-cv-00034   Document 3   Filed 07/07/2004   Page 2 of 2