**VAN DE VELD SHIMIZU CANTO & FISHER**
Attorneys At Law
Suite 101, Dela Corte Bldg.
**167 East Marine Corps Drive**
Hagåtña, Guam 96910
Office: (671) 472-1131
Facsimile: (671) 472-2886

Attorneys for Plaintiff:
MARUWA SHOKAI GUAM, INC.

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT COURT OF GUAM

| | |
|---|---|
| MARUWA SHOKAI GUAM, INC., <br><br> Plaintiff, <br><br> vs. <br><br> F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc., <br><br> Defendants. | Case No. **04-00034** <br><br> [PROPOSED] <br> **ORDER OF ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND ARREST** |

THIS MATTER came before the court ex parte. Upon reading the Verified Complaint *In Rem* and Motion For Issuance Of Process Of Maritime Arrest filed herein, and the supporting Request For Review and good cause therein appearing;

SUN Y. CHOI v. F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc.
[PROPOSED] **ORDER OF ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND ARREST**
Page 1

Case 1:04-cv-00034   Document 4   Filed 07/07/2004   Page 1 of 3

IT IS HEREBY ORDERED that the Clerk Of Court is authorized and is directed to issue a Warrant Of Arrest for the fishing vessel F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etcetera, forthwith;

IT IS FURTHER ORDERED that the United States Marshal is directed to serve and effect the Warrant Of Arrest as provided by law;

IT IS FURTHER ORDERED that Captain Jurgen Unterberg is appointed to act as Custodian and to take possession of the vessel from the United States Marshal, and to secure the vessel during its period of arrest;

IT IS FURTHER ORDERED that the sole responsibility of the United States Marshal shall be to serve the Warrant Of Arrest and other pleadings as provided by Plaintiff's counsel upon the Master or other ranking officer of the F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etcetera, and to secure the arrest thereof and to transfer custody and care to Captain Jurgen Unterberg, thereafter the United States Marshal shall be relieved of all responsibility and liability respecting custody of the aforementioned vessel; and,

---

SUN Y. CHOI v. F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc.
[PROPOSED] **ORDER OF ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND ARREST**
Page 2

IT IS FURTHER ORDERED that any person claiming an interest in the property arrested pursuant hereto may, upon a showing of any improper practice or a manifest want of equity on the part of the Plaintiff MARUWA SHOKAI GUAM, INC., to show cause forthwith why the arrest should not be vacated or other relief granted.

SO ORDERED: this 7th day of July 2004.

*[signature]*

Designated District Court Judge

CCV:ccv
VSCF/MARUWA SHOKAI GUAM, INC./CV001538

**RECEIVED**
JUL 07 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

---

SUN Y. CHOI v. F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc.
[PROPOSED] **ORDER OF ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND ARREST**
Page 3