VAN DE VELD SHIMIZU CANTO & FISHER
Attorneys At Law
Suite 101, Dela Corte Bldg.
**167 East Marine Corps Drive**
Hagåtña, Guam 96910
Office: (671) 472-1131
Facsimile: (671) 472-2886

Attorneys for Plaintiff:
MARUWA SHOKAI GUAM, INC.

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT COURT OF GUAM

| | |
|---|---|
| MARUWA SHOKAI GUAM, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> F/V YOKO MARU #35, its engines, ) <br> gear, appliances, generators, machines, ) <br> equipment, furnishings, tackle, catch, ) <br> etc., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. **04-00034** <br><br> **WARRANT FOR ARREST OF VESSEL** <br><br> **[Supplemental Rules C and E(4)]** |

**TO: UNITED STATES MARSHAL, DISTRICT COURT OF GUAM:**

**GREETINGS:**

**WHEREAS,** A Verified Complaint *In Rem* was filed in the United States District Court for the District of Guam on the 7th day of July 2004, by Plaintiff

---

SUN Y. CHOI v. F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc.
**WARRANT FOR ARREST OF VESSEL [Supplemental Rules C and E(4)]**          Page 1

Case 1:04-cv-00034   Document 5   Filed 07/15/2004   Page 1 of 9

MARUWA SHOKAI GUAM, INC., whose attorneys are *VAN DE VELD SHIMIZU CANTO & FISHER* asserting an admiralty and maritime lien and claim or cause of action *in rem* against the fishing vessel F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc., as more fully set forth in particular in the said Verified Complaint, and:

**WHEREAS**, the attorney for Plaintiff MARUWA SHOKAI GUAM, INC., has filed a Verifed Complaint *In Rem* against said fishing vessel F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc., therein requesting the issuance of a warrant for the arrest of the F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc., and for service of a copy of the Verified Complaint *In Rem* filed herein and this Warrant Of Arrest Of Vessel upon the Master or other ranking officer or caretaker of the fishing vessel F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc.;

**YOU ARE HEREBY COMMANDED** to forthwith arrest the said F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc., and to detain the same until further order of this Court respecting the same or until the release of the same is duly obtained, and to serve a copy of the Verified Complaint *In Rem* filed herein, this Warrant, and such other pleadings as Plaintiff may present, upon the Master or

SUN Y. CHOI v. F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc.
**WARRANT FOR ARREST OF VESSEL [Supplemental Rules C and E(4)]**   Page 2

Case 1:04-cv-00034   Document 5   Filed 07/15/2004   Page 2 of 9

other ranking officer or caretaker of the fishing vessel F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc., and what you shall have done in these premises then and there make due and prompt return, together with this Warrant Of Arrest, and to turn custody of the vessel over to Captain Jurgen Unterberg for safekeeping during the period of the arrest.

DATED: this 7th day of July 2004.

United States District Court
District Court of Guam
Mary L. Moran
Clerk Of Court

By: _____
Renee M. Martinez
Deputy Clerk

CCV:ccv
VSCF/MARUWA SHOKAI GUAM, INC./CV001537

**RECEIVED**
JUL 07 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

---

SUN Y. CHOI v. F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc.
WARRANT FOR ARREST OF VESSEL [Supplemental Rules C and E(4)]    Page 3

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>MARUWA SHOKAI GUAM, INC. | COURT CASE NUMBER<br>04-00034 |
|---|---|
| DEFENDANT<br>F/V YOKO MARU #35, etc. | TYPE OF PROCESS |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
F/V YOKO MARU #35, etc.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Van develd Shimizu Canto & Fisher
Suite 101, Dela Corte Bldg.
167 E. Marine Corps Drive
Hagåtña, Guam 96910

| Number of process to be served with this Form - 285 | |
|---|---|
| Number of parties to be served in this case | 01 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:
Curtis C. Van Develd
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (671) 472-1131
DATE: 07 July 04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>08 | District of Origin No.<br>092 | District to Serve No.<br>092 | Signature of Authorized USMS Deputy or Clerk | Date<br>7/7/04 |
|---|---|---|---|---|---|

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Captain

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

**RECEIVED**
**JUL 15 2004**
DISTRICT COURT OF GUAM
HAGATNA, GUAM

| Date of Service | Time | |
|---|---|---|
| 7/7/04 | 6:00 | pm |

Signature of U.S. Marshal or Deputy

Man Power

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | $11.26 | $405.00 | $461.26 | | | |

REMARKS:
VESSEL WAS SERVED W/A BY POSTING SHIP WITH ARREST WARRANT AND MISC. COURT ORDERS ON SHIPS BRIDGE WINDOWS.

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MARUWA SHOKAI GUAM, INC. | 04-00034 |
| **DEFENDANT** F/V YOKO MARU #35 | TYPE OF PROCESS |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Guam Customs & Quarantine

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Van de veld Shimizu Canto & Fisher
Suite 101, Dela Corte Bldg.
167 E. Marine Corps Drive
Hagatña, Guam 96910

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 01 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: [signature: Curtis C Van de veld]
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (671) 472-1131
DATE: 07 July 04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 01 | District of Origin No. 093 | District to Serve No. 093 | Signature of Authorized USMS Deputy or Clerk | Date: 7/7/04 |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Taingalo Ltd. / Jim Cruz, Officer

Address (complete only if different than shown above)

Date of Service: 7/7/04  Time: 6:00 pm

Signature of U.S. Marshal or Deputy

Man Power (45.00)

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | $5.63 | | 45.00 | | | |

REMARKS: 2 DUSMS : 1 Guard
15 MI / One Way
(37.5)

**RECEIVED**
JUL 15 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MARUWA SHOKAI GUAM, INC. | 04-00034 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| F/V YOKO MARU #35 | |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Master or Ranking Officer of F/V YOKO MARU #35

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Vandeveld Shimizu Canto & Fisher
Suite 101, Dela Corte Bldg.
167 E. Marine Corps. Drive
Hagåtña, Guam 96910

Number of process to be served with this Form - 285: 01
Number of parties to be served in this case: 01
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Curtis C. Van Develd
TELEPHONE NUMBER: (671) 472-1131
DATE: 07 July 04

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 07
District of Origin No.: 092
District to Serve No.: 092
Date: 7/7/04

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

Name and title of individual served (if not shown above): Captain

Date of Service: 7/7/04  Time: 6:00 pm

| Service Fee | Total Mileage Charges | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | | | 45.00 | | | |

REMARKS: 2 DUSMS : 1 Guard
15 MI/One Way
(37.5)

**RECEIVED**
JUL 15 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

PRIOR EDITIONS MAY BE USED — 1. CLERK OF THE COURT — FORM USM-285 (Rev. 12/15/80)

U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MARUWA SHOKAI GUAM, INC. | 04-00034 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| F/V YOKO MARU #35 | |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Port Authority Of Guam (Port Police)

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT**

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Van de veld Shimizu Canto & Fisher  
Suite 101, Dela Corte Bldg.  
167 E. Marine Corps Drive  
Hagatna, Guam 96910

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 01 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT  
Curtis Van de veld  
TELEPHONE NUMBER: (671) 472-1131  
DATE: 02 July 04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 01 | District of Origin No.: 072 | District to Serve No.: 072 | Signature of Authorized USMS Deputy or Clerk | Date: 7/7/04 |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Officer Roger Padios

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 7/7/04  Time: 6:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $45.00 | $5.63 | | 45.00 | | |

REMARKS: 2 DUSMS & 1 Guard  
15 MI / One Way  
(37.5)

**RECEIVED**  
JUL 15 2004  
DISTRICT COURT OF GUAM  
HAGATNA, GUAM

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: MARUWA SHOKAI GUAM, INC. | COURT CASE NUMBER: 04-00034 |
| DEFENDANT: F/V YOKO MARU #35 | TYPE OF PROCESS: |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: BICE, DEPT. OF HOMELAND SECURITY

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT**

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Vandeveld Shimizu Canto & Fisher
Suite 101, Dela Corte Bldg.
167 E. Marine Corps. Drive
Hagåtña, Guam 96910

- Number of process to be served with this Form - 285:
- Number of parties to be served in this case:
- Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: Curtis C. Van Develd
☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (671) 472-1131
DATE: 07 July 04

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Taisipic Officer

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 7/7/04    Time: 6:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | $~~57.63~~ | | 45.00 | | | |

REMARKS: 2 DUSMS : 1 Guard
15 MI / One Way
(37.5)

**RECEIVED JUL 15 2004**
DISTRICT COURT OF GUAM
HAGATNA, GUAM

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>MARUWA SHOKAI GUAM, INC. | COURT CASE NUMBER<br>04-00034 |
|---|---|
| DEFENDANT<br>F/V YOKO MARU #35 | TYPE OF PROCESS |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U.S. COAST GUARD

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT**

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Vandeveld Shimizu Canto & Fisher
Suite 101, Dela Corte Bldg.
167 E. Marine Corps. Drive
Hagåtña, Guam 96910

| Number of process to be served with this Form - 285 | |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                                                                   Fold

Signature of Attorney or other Originator requesting service on behalf of:
Curtis C. Van Develd        ☒ PLAINTIFF    ☐ DEFENDANT
TELEPHONE NUMBER (671) 472-1131     DATE 07 July 04

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Commander Luann Barndt

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 7/7/04    Time 6:00 pm

Signature of U.S. Marshal or Deputy

Man Power (45.00)

| Service Fee $45.00 | Total Mileage Charges (including endeavors) $5.63 | Forwarding Fee | Total Charges 450.00 | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS: 2 DUSMS + 1 Guard
15 MI / One Way
(37.5)

**RECEIVED**
**JUL 15 2004**
DISTRICT COURT OF GUAM
HAGATNA, GUAM

PRIOR EDITIONS MAY BE USED     1. CLERK OF THE COURT     FORM USM-285 (Rev. 12/15/80)