**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868
FACSIMILE: (671) 477-2511

FILED
DISTRICT COURT OF GUAM
JUL 16 2004
MARY L. M. MORAN
CLERK OF COURT

*Attorneys for Shell Guam, Inc.*



IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MARUWA SHOKAI GUAM INC. | CIVIL CASE NO. CV-04-00034 |
| Plaintiff and Counter-defendant, | |
| vs. | **NOTICE OF MOTION AND MOTION TO INTERVENE** |
| F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc. | |
| Defendant and Counter-claimants, | |
| and | |
| SHELL GUAM, INC. | |
| Claimant and Plaintiff-in Intervention. | |

PLEASE TAKE NOTICE, on _____, ____ at ____ a.m./p.m. or as soon thereafter as counsel can be heard, Shell Guam, Inc. will move this Court, pursuant to Rule 24(a) of the Federal Rules of Civil Procedure, for an order permitting Shell Guam, Inc. ("Shell") to intervene as a plaintiff in this action. Shell will plead claims of maritime lien against the defendant Vessel, YOKO MARU #35, that Vessel now being within jurisdiction of this Court and under arrest. Grounds for this Motion and the maritime liens are that Shell has supplied necessaries to the defendant, Vessel, and the disposition of the action might impair or

**ORIGINAL**

impede Shell's ability to protect its interests, which appear more fully in the proposed complaint annexed as Exhibit "A" to the Memorandum of Points and Authorities filed in support of this motion. Furthermore, Shell's interests may be competing with the interests of plaintiff Shell and other parties with claims against the vessel.

Dated this 15th day of July, 2004.

CIVILLE & TANG, PLLC

By _____
JOYCE C.H. TANG
*Attorneys for Shell Guam, Inc.*