**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868
FACSIMILE: (671) 477-2511



*Attorneys for Shell Guam, Inc.*

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MARUWA SHOKAI GUAM INC. ) | CIVIL CASE NO. CV-04-00034 |
| ) | |
| Plaintiff and Counter-defendant, ) | |
| ) | |
| vs. ) | |
| ) | |
| F/V YOKO MARU #35, its engines, gear) appliances, generators, machines, equipment,) furnishings, tackle, catch, etc. ) | **DECLARATION OF SERVICE** |
| ) | |
| Defendant and Counter-claimants, ) | |
| ) | |
| and ) | |
| ) | |
| SHELL GUAM, INC. ) | |
| ) | |
| Claimant and Plaintiff-in Intervention.) | |

I, Charles T. Damian, declare:

1. I am a licensed process server in the Territory of Guam, SP 0199-99, and not a party interested in the above-captioned case.

2. I served upon Jacob Dou, a representative of Koyoo Pacific Fisheries, Inc., the shipping agent for F/V Yoko Maru #35, the following documents:

   i. Notice of Motion and Motion to Intervene;

   ii. Memorandum of Points and Authorities in Support of Motion to Intervene; and

   iii. Proposed Order

personally at Warehouse No. 1, Bay 3, Commercial Port of Guam, Cabras Highway, Piti, Guam on the 16th day of July, 2004 at 4:18 p.m..

I declare under penalty of perjury that the foregoing is true and correct.

_____  SPO 95-99
**CHARLES T. DAMIAN**