CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
J.PATRICK MASON
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
F/V Yoko Maru #35



FILED
DISTRICT COURT OF GUAM
JUL 30 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MARUWA SHOKAI GUAM, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc.,<br><br>    Defendant. | CIVIL CASE NO. CIV04-00034<br><br>**DEFENDANT'S EX PARTE APPLICATION FOR RELEASE OF VESSEL; DECLARATION OF SERVICE** |

Pursuant to Supplemental Rule for Admiralty and Maritime Claims E, Defendant F/V YOKO MARU #35 applies ex parte for the release of F/V YOKO MARU #35.

On July 7, 2004, Plaintiff Maruwa Shokai Guam, Inc. filed a Verified Complaint in Rem, alleging a debt in the amount of $79,188.38, plus interest.[1] On the same date, the Court issued an Order of Issuance of Process of Maritime Attachment and Arrest.

Under Supplemental Rule E, the owner of a vessel may file a special bond to be approved by the court and conditioned to answer the judgment of such court. Supp. R. E(5).

---

[1] Plaintiff's Complaint alleges that the sum has now reached $138,581.06, however, that figure is not supported by any allegations in the Complaint.

Defendant has attempted to stipulate to a release of the vessel in exchange for the posting of a bond in the amount of $100,000. However, Plaintiff does not agree to a release of the vessel for this amount.

Accordingly, Supplemental Rule E states that

> In the event of the inability or refusal of the parties so to stipulate the court shall fix the principal sum of the bond . . . in an amount sufficient to cover the amount of the plaintiff's claim fairly stated with accrued interest and costs; but the principal sum shall in no event exceed (i) twice the amount of the plaintiff's claim or (ii) the value of the property on due appraisement, whichever is smaller.

Supp. R. E(5).

Defendant hereby applies to the Court for a release of the F/V YOKO MARU #35 in exchange for a posting of a special bond in the amount of $100,000.

DATED: Hagåtña, Guam, July 30, 2004.

CARLSMITH BALL LLP

_____
DAVID LEDGER
ELYZE McDONALD
J.PATRICK MASON
Attorneys for Defendant
F/V YOKO MARU #35

## DECLARATION OF SERVICE

I, J.Patrick Mason, hereby declare under penalty of perjury of the laws of the United States, that on the 30th day of July 2004, I will cause to be served a copy of DEFENDANT'S EX PARTE APPLICATION FOR RELEASE OF VESSEL; DECLARATION OF SERVICE, upon:

>Curtis C. Van de veld, Esq.
>Van de veld, Shimizu, Canto & Fisher
>Attorneys at Law
>Suite 101, Dela Corte Building
>167 East Marine Corps Drive
>Hagåtña, Guam 96910
>Attorneys for Plaintiff

and

>Joyce C.H. Tang
>Civille & Tang, PLLC
>330 Hernan Cortez Avenue, Suite 200
>Hagåtña, Guam 96910
>Attorneys for Plaintiff in intervention Shell Guam, Inc.

Executed this 30th day of July 2004 at Hagåtña, Guam.

_____
J.PATRICK MASON