ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
J.PATRICK MASON
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
F/V Yoko Maru #35




IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MARUWA SHOKAI GUAM, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc.,<br><br>Defendant. | CIVIL CASE NO. CIV04-00034<br><br>**APPLICATION FOR ADVERSARY HEARING PURSUANT TO SUPPLEMENTAL RULE FOR ADMIRALTY AND MARITIME CLAIMS E(4)(F) AND LOCAL ADMIRALTY RULE E(9); DECLARATION OF DAVID LEDGER; EXHIBITS A AND B; DECLARATION OF SERVICE** |

Pursuant to Supplemental Rule for Admiralty and Maritime Claims E(4)(f) and Local Admiralty Rule E(9), Defendant F/V YOKO MARU #35 applies for a prompt adversary hearing regarding substitute security in exchange for the release of F/V YOKO MARU #35.

I. The Adversary Hearing Will Discuss the Wrongful Arrest of F/V Yoko Maru #35 and the Amount of Any Security or Counter-Security.

Supplemental Rule E states that "[w]henever property is arrested or attached, any person claiming an interest in it shall be entitled to a *prompt* hearing at which *the plaintiff* shall be required to show why the arrest . . . should not be vacated or other relief granted consistent with these rules." Supp. R. E(4)(f) (emphases added). As the rule states, at such hearing, the

plaintiff has the burden of showing why the seizure should not be vacated. See also Supp. R. E(4)(f) advisory committee note.

In addition at such hearing, the Court may "determine the amount of security to be granted or the propriety of imposing counter-security to protect the defendant from an improper seizure." Supp. R. E(4)(f) advisory committee note. At the prompt hearing on this matter, evidence will be submitted establishing Defendant's counterclaim for wrongful arrest. By this application, Defendant requests that the Court conduct a hearing to review evidence supporting the vacating of the Court's July 7, 2004 arrest order as well as evidence demonstrating that Plaintiff has engaged in wrongful arrest, and to award counter-security to protect Defendant from the improper seizure.

II. Defendant Requests that A Prompt Adversary Hearing Be Conducted on August 6, 2004.

Local Admiralty Rule E provides that an adversary hearing under Supplemental Rule E be conducted upon three days' written notice to plaintiff, unless otherwise ordered. On August 2, 2004, Defendant's counsel, David P. Ledger notified Curtis C. Van de Veld, counsel for Plaintiff Maruwa Shokai Guam, Inc., of Defendant's intention to seek an adversary hearing. See Decl. of David P. Ledger at ¶ 3. Accordingly, under Local Admiralty Rule E, Defendant requests that a prompt adversary hearing be conducted on August 6, 2004, at a time prescribed by the Court.

DATED: Hagåtña, Guam, August 3, 2004.

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
J.PATRICK MASON
Attorneys for Defendant
F/V YOKO MARU #35

## DECLARATION OF DAVID LEDGER

I, David Ledger, declare:

1. I am an attorney at law licensed to practice before the Territory of Guam and before this Court. I am a partner with the law firm of Carlsmith Ball LLP, attorneys of record for Defendant F/V YOKO MARU #35.

2. If called as a witness, I would and could competently testify thereto to all facts within my personal knowledge except where stated upon information and belief.

3. Attached hereto as Exhibits A and B are true and correct copies of letters I sent on August 2, 2004, informing Mr. Curtis C. Van de Veld, counsel for Plaintiff Maruwa Shokai, of Defendant's intention to seek an adversary hearing pursuant to Supplement Rule of Admiralty and Maritime Claims E(4)(f) and Local Admiralty Rule 9.

4. My office contacted Joyce Tang, attorney for Shell Guam, Inc. Ms. Tang agreed to the hearing date and time of August 6, 2004 at 9:30 a.m.[1]

5. My office contacted Curtis Van de Veld, attorney for Plaintiff. As of this date, Mr. Van de Veld has not responded.

6. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the above statements are true.

Executed this 3rd day of August 2004, at Hagåtña, Guam

DAVID LEDGER

[1] This was done as a professional courtesy only in that Shell Guam, Inc. is not yet a party to this action.

CARLSMITH BALL LLP

A LIMITED LIABILITY LAW PARTNERSHIP

BANK OF HAWAII BLDG., SUITE 401
134 WEST SOLEDAD AVENUE, P.O. BOX BF
HAGÅTÑA, GUAM 96932-5027
TELEPHONE 671.472.6813 FAX 671.477.4375
WWW.CARLSMITH.COM

DIRECT DIAL NO.
X302

DLEDGER@CARLSMITH.COM

OUR REFERENCE NO.:
000DPL-00001

August 2, 2004

**VIA FACSIMILE [472-2886]**

Curtis C. Van de Veld, Esq.
Van de Veld, Shimizu, Canto & Fisher
Suite 101, De La Corte Building
167 East Marine Corps Drive
Hagåtña, Guam 96910

Re: Maruwa Shokai Guam, Inc. vs. F/V Yoko Maru #35
District Court of Guam Civil Case No. CIV04-00034

Dear Mr. Van de Veld:

This concerns the $100,000 in substitute security our client proposed in exchange for release of the vessel. I am informed your client declined to accept this amount instead demanding $145,000, an amount for which no proof or justification has been provided to the vessel or to the Court.

Your client failed to attach any proper proof of the amount of the alleged maritime to the complaint or any other pleading thereby effectively denying the vessel the opportunity to evaluate the alleged lien and, more to the point for purposes of obtaining the vessel's release, an opportunity to take meaningful steps to arrange for adequate substitute security. What's more, the "proof" of alleged lien your client did attach to the complaint is not even in favor of the arresting plaintiff Maruwa Shokai and alleges an amount which could and would be adequately secured by a $100,000 bond. Nonetheless, your client has rejected substitute security of $100,000. Such conduct bolsters the vessel's counterclaim for wrongful arrest.

In addition, when we first spoke about this case last week on or about July 26, 2004 you informed me that you would provide the back-up invoices as soon as I was retained by the vessel. You said you had the information at hand, "in front of you in a file." I was retained and on July 28, 2004 filed an answer and served it on your office. After that, by way of email (copy attached), I informed you I would be off-island the remainder of the week of July 26 and

requested that in the meantime, you provide the back-up invoices or other documentation to my office.

Though your client has unjustifiably refused to accept $100,000 as substitute security your client has at the same time refused to provide any proof of entitlement to more security or any security at all. In the circumstances, we will be filing our motion for an adversary hearing pursuant to Supplemental Rule E(4)(f) and LAR 9 as soon as possible. The motion will request all available relief as well as fees and costs for bringing the motion.

Very truly yours,

David Ledger

DPL/jmcb
4837-7196-4928.1.000901-00030

**From:** David Ledger
**To:** cvande@ite.net
**Date:** 7/28/04 5:11PM
**Subject:** YOKO MARU No. 35

Curtis: My office called me after you called. I am leaving for Tokyo in the morning for three days and at the moment am swamped getting ready to go. I will be back in the office on Monday August 2. Meantime, you can send me an email to this address by "reply", though I can't assure you I will have time to reply back other than to say I got your message.

Another suggestion would be to make clear copies of the invoices your client contends are unpaid and give rise to a maritime lien and right to arrest and send them over to the attention of June Borja at my office. If what I have heard is true, its strikes me as rather odd that while you have expressed your client's willingness to settle or structure some sort of deal, you have neither given the invoices to others who have asked to see them nor attached them to the complaint. Rather, the document attached to the complaint to support it and the arrest shows the creditor as Sun Choi (f/k/a Sun Wakugawa). Look forward to speaking with you later.

Regards,

David Ledger
dledger@carlsmith.com
Tel: 671-472-6813
Fax: 671-477-4375

**CC:** June Borja

Confirmation Report – Memory Send

Page : 001
Date & Time: Aug-02-04 09:52am
Line 1 : 6714722307
Line 2 : 6714774375
Machine ID : CARLSMITH BALL LLP

Job number : 203

Date : Aug-02 09:51am

To : ☎94722886

Number of pages : 004

Start time : Aug-02 09:51am

End time : Aug-02 09:52am

Pages sent : 004

Status : OK

Job number : 203 *** SEND SUCCESSFUL ***


CARLSMITH BALL LLP

A LIMITED LIABILITY LAW PARTNERSHIP

BANK OF HAWAII BLDG., SUITE 401
134 WEST SOLEDAD AVENUE, P.O. BOX BF
HAGÅTÑA, GUAM 96932-5027
TELEPHONE 671.472.6813 FAX 671.477.4375
WWW.CARLSMITH.COM


FACSIMILE TRANSMISSION

UNLESS OTHERWISE INDICATED OR OBVIOUS FROM THE NATURE OF THE TRANSMITTAL, THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED BELOW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR OR ARE NOT SURE WHETHER IT IS PRIVILEGED, PLEASE IMMEDIATELY NOTIFY US BY COLLECT TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE AT OUR EXPENSE. THANK YOU.

DATE: August 2, 2004

| TO: Name | Fax No. | Phone No. |
|---|---|---|
| Curtis C. Van de Veld, Esq.<br>Van de Veld, Shimizu, Canto & Fisher | 472-2886 | 472-1131 |

FROM: June M. Cruz Borja
Secretary to David Ledger, Esq.

NUMBER OF PAGES INCLUDING THIS COVER SHEET: 4

CASE NAME: Maruwa Shokai Guam, Inc. vs. F/V Yoko Maru No. 35
CASE NUMBER: District Court of Guam Civil Case No. CIV04-00034

[ ] ORIGINAL/COPY WILL BE MAILED [X] ORIGINAL/COPY WILL NOT BE MAILED

MESSAGE:

Please see the attached letter of even date from Attorney David Ledger regarding the above matter.

Thank you.

If problems occur, please call our fax operator at 671.472.6813.

4848-1215-2320.1.000901-00030

# CARLSMITH BALL LLP

A LIMITED LIABILITY LAW PARTNERSHIP

BANK OF HAWAII BLDG., SUITE 401
134 WEST SOLEDAD AVENUE, P.O. BOX BF
HAGÅTÑA, GUAM 96932-5027
TELEPHONE 671.472.6813 FAX 671.477.4375
WWW.CARLSMITH.COM

DIRECT DIAL NO.
X302

DLEDGER@CARLSMITH.COM

OUR REFERENCE NO.:
000DPL-00001


August 2, 2004

**VIA FACSIMILE [472-2886]**

Curtis C. Van de Veld, Esq.
Van de Veld, Shimizu, Canto & Fisher
Suite 101, De La Corte Building
167 East Marine Corps Drive
Hagåtña, Guam 96910

Re: Maruwa Shokai Guam, Inc. vs. F/V Yoko Maru #35
District Court of Guam Civil Case No. CIV04-00034

Dear Mr. Van de Veld:

This again concerns the $100,000 in substitute security our client proposed in exchange for release of the vessel. My first letter faxed to you this morning remains unanswered, as does my telephone call this morning and email sent last week. Again, though you claim to have the back-up invoices or other supporting documentation at hand, no effort has been made to provide it to me, all while the vessel remains under arrest unable to work and under the costly care of a substitute custodian.

The vessel's agent has just provided a summary spread sheet of expenses that could possibly be owed to Maruwa Shokai by the vessel. The summary is partially in Japanese and I am unable to read all the words. However, the vessel's agent has explained that the summary shows not more than $22,683.19 that might be due Maruwa Shokai, far from the $139,000 Sun Choi has alleged and verified in the Complaint. As I am best able to understand the situation, the $22,6813.19 may not and likely does not include money due Shell Oil. Even so, far from the amount Sun Choi has verified as being due Maruwa Shokai, and well within the $100,000 substitute security our client has offered to post. Taken together, all this may well bolster the vessel's counterclaim for wrongful arrest and support further action based on bad faith.

Your client has unjustifiably refused to accept $100,000 as substitute security while at the same time refusing to provide any proof of entitlement to more security or any security at all. In the circumstances, we will be filing our motion for an adversary hearing pursuant to Supplemental Rule E(4)(f) and LAR 9 as soon as possible. The motion will request all available relief as well as fees and costs for bringing the motion. Should the Court permit it, the Vessel's agent may testify to the content of the spread sheet referred to above. At a minimum, this should call into question the veracity of Sun Choi's verification for $139,000 and support the motion for immediate release of the vessel in exchange for substitute security.

Very truly yours,

David Ledger

DPL/jmcb
4837-7196-4928.1.000901-00030

Confirmation Report – Memory Send

Page : 001
Date & Time: Aug-02-04 04:20pm
Line 1 : 6714722307
Line 2 : 6714774375
Machine ID : CARLSMITH BALL LLP

Job number : 236

Date : Aug-02 04:19pm

To : ☎94722886

Number of pages : 003

Start time : Aug-02 04:19pm

End time : Aug-02 04:20pm

Pages sent : 003

Status : OK

Job number : 236 *** SEND SUCCESSFUL ***


CARLSMITH BALL LLP

A LIMITED LIABILITY LAW PARTNERSHIP

BANK OF HAWAII BLDG., SUITE 401
134 WEST SOLEDAD AVENUE, P.O. BOX BF
HAGÅTÑA, GUAM 96932-5027
TELEPHONE 671.472.6813 FAX 671.477.4375
WWW.CARLSMITH.COM


FACSIMILE TRANSMISSION

UNLESS OTHERWISE INDICATED OR OBVIOUS FROM THE NATURE OF THE TRANSMITTAL, THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED BELOW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR OR ARE NOT SURE WHETHER IT IS PRIVILEGED, PLEASE IMMEDIATELY NOTIFY US BY COLLECT TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE AT OUR EXPENSE. THANK YOU.

DATE: August 2, 2004

| TO: Name | Fax No. | Phone No. |
|---|---|---|
| Curtis C. Van de Veld, Esq.<br>Van de Veld, Shimizu, Canto & Fisher | 472-2886 | 472-1131 |
| cc: Joyce C.H. Tang, Esq.<br>Civille & Tang, PLLC | 477-2511 | 472-8868/9 |

FROM: David Ledger, Esq.

NUMBER OF PAGES INCLUDING THIS COVER SHEET: 3

CASE NAME: Maruwa Shokai Guam, Inc. vs. F/V Yoko Maru No. 35
CASE NUMBER: District Court of Guam Civil Case No. CIV04-00034

☐ ORIGINAL/COPY WILL BE MAILED ☒ ORIGINAL/COPY WILL NOT BE MAILED

MESSAGE:

Please see the attached letter of even date regarding the above matter.

Thank you.

If problems occur, please call our fax operator at 671.472.6813.

4848-1215-2320.1.000901-00030

Confirmation Report – Memory Send

Page : 001
Date & Time: Aug-02-04 04:22pm
Line 1 : 6714722307
Line 2 : 6714774375
Machine ID : CARLSMITH BALL LLP

Job number : 237

Date : Aug-02 04:21pm

To : ☎94772511

Number of pages : 003

Start time : Aug-02 04:21pm

End time : Aug-02 04:22pm

Pages sent : 003

Status : OK

Job number : 237 *** SEND SUCCESSFUL ***

# CARLSMITH BALL LLP

A LIMITED LIABILITY LAW PARTNERSHIP

BANK OF HAWAII BLDG., SUITE 401
134 WEST SOLEDAD AVENUE, P.O. BOX BF
HAGÅTÑA, GUAM 96932-5027
TELEPHONE 671.472.6813 FAX 671.477.4375
WWW.CARLSMITH.COM

## FACSIMILE TRANSMISSION

UNLESS OTHERWISE INDICATED OR OBVIOUS FROM THE NATURE OF THE TRANSMITTAL, THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED BELOW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR OR ARE NOT SURE WHETHER IT IS PRIVILEGED, PLEASE IMMEDIATELY NOTIFY US BY COLLECT TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE AT OUR EXPENSE. THANK YOU.

DATE: August 2, 2004

| TO: Name | Fax No. | Phone No. |
|---|---|---|
| Curtis C. Van de Veld, Esq.<br>Van de Veld, Shimizu, Canto & Fisher | 472-2886 | 472-1131 |
| cc: Joyce C.H. Tang, Esq.<br>Civille & Tang, PLLC | 477-2511 | 472-8868/9 |

FROM: David Ledger, Esq.

NUMBER OF PAGES INCLUDING THIS COVER SHEET: 3

CASE NAME: Maruwa Shokai Guam, Inc. vs. F/V Yoko Maru No. 35
CASE NUMBER: District Court of Guam Civil Case No. CIV04-00034

☐ ORIGINAL/COPY WILL BE MAILED ☒ ORIGINAL/COPY WILL NOT BE MAILED

MESSAGE:

Please see the attached letter of even date regarding the above matter.

Thank you.

If problems occur, please call our fax operator at 671.472.6813.

4848-1215-2320.1.000901-00030

## DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on the 3rd day of August 2004, I will cause to be served a copy of APPLICATION FOR ADVERSARY HEARING PURSUANT TO SUPPLEMENTAL RULE FOR ADMIRALTY AND MARITIME CLAIMS E(4)(F) AND LOCAL ADMIRALTY RULE E(9); DECLARATION OF DAVID LEDGER; EXHIBITS A AND B; DECLARATION OF SERVICE upon:

Curtis C. Van de Veld, Esq.
Van de Veld, Shimizu, Canto & Fisher
Attorneys at Law
Suite 101, Dela Corte Building
167 East Marine Corps Drive
Hagåtña, Guam 96910
Attorneys for Plaintiff

and

Joyce C.H. Tang
Civille & Tang, PLLC
330 Hernan Cortez Avenue, Suite 200
Hagåtña, Guam 96910
Attorneys for Plaintiff in intervention Shell Guam, Inc.

Executed this 3rd day of August 2004 at Hagåtña, Guam.

DAVID LEDGER

4847-4602-6496.1.000901-00030