ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
J.PATRICK MASON
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
F/V Yoko Maru #35

FILED
DISTRICT COURT OF GUAM
AUG - 6 2004
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MARUWA SHOKAI GUAM, INC., <br><br> Plaintiff, <br><br> vs. <br><br> F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc., <br><br> Defendant. | CIVIL CASE NO. CIV04-00034 <br><br> **ORDER GRANTING DEFENDANT F/V YOKO MARU #35'S APPLICATION FOR ADVERSARY HEARING PURSUANT TO SUPPLEMENTAL RULE FOR ADMIRALTY AND MARITIME CLAIMS E(4)(F) AND LOCAL ADMIRALTY RULE E(9)** |

**IT IS HEREBY ORDERED** that Defendant's Application for an Adversary Hearing Pursuant to Supplemental Rule for Admiralty and Maritime Claims E(4)(f) and Local Admiralty Rule E(9) is GRANTED.

The Adversary Hearing will be held on August 6, 2004 at 9:30 a.m.

SO ORDERED: _August 5, 2004_

DISTRICT COURT OF GUAM

4824-9801-0624.1.000901-00030

RECEIVED
AUG - 3 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Case 1:04-cv-00034   Document 15   Filed 08/06/2004   Page 1 of 1