# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CIVIL MINUTES - GENERAL

**CASE NO.** CV-04-00034        **DATE:** 08/06/04        **TIME:** 9:37 a.m.

**CAPTION:** MARUWA SHOKAI GUAM, INC. vs. YOKO MARU #35, ETC.

*******************************************************************************************************

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding        Law Clerk: Judith Hattori
Court Reporter: Wanda Miles        Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 9:37:42 - 11:08:53        CSO: J. McDonald & B. Pereda

************************************** **A P P E A R A N C E S** **************************************

**COUNSEL FOR PLAINTIFF(s):**        **COUNSEL FOR DEFENDANT(s):**
CURTIS VAN DE VELD        JOYCE TANG for Plaintiff in Intervention Shell Guam

SUN YOUNG CHOI, Plaintiff        DAVID LEDGER

*******************************************************************************************************

**PROCEEDINGS:**

### ADVERSARY HEARING PURSUANT TO SUPPLEMENTAL RULE FOR ADMIRALTY AND MARITIME CLAIMS E(4)(F) AND LOCAL ADMIRALTY RULE E(9)

( X ) MOTION (S) ARGUED BY    ( X ) PLAINTIFF    ( X ) DEFENDANT
(    ) MOTION(s)    ____Granted    ____Denied    ____Settled    ____Withdrawn    ____Under Advisement
(    ) ORDER SUBMITTED    ____Approved    ____Disapproved
(    ) ORDER to be Prepared By:
(    ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

Mr. Ledger states that the complaint filed was defective and argues his position.

Mr. Van De Veld moves to strike defendant's answer filed on July 28, 2004 for failure to comply with the requirements in Rule C. The Court orders Mr. Van De Veld to file a written motion. Mr. Van De Veld states that the facts alleged in the complaint are sufficient to constitute the validity of the arrest. He opposes Shell Guam's intervention and states his reasons.

Mr. Ledger states that after a brief break the parties have reached an agreement. The defendant is willing to post $100,000 as security with the Clerk of the District Court of Guam. The motion for Shell to intervene will be held in abeyance.

The Court orders that upon notice of the posting of the security the Marshal's or the individuals in custody of the vessel are ordered to release the vessel.

COURTROOM DEPUTY: _____        END TIME: 11:08