*VAN DE VELD SHIMIZU CANTO & FISHER*
Attorneys At Law
Suite 101, Dela Corte Bldg.
**167 East Marine Corps Drive**
Hagåtña, Guam 96910
Office: (671) 472-1131
Facsimile: (671) 472-2886

Attorneys for Plaintiff:
    MARUWA SHOKAI GUAM, INC.

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT COURT OF GUAM

| | |
|---|---|
| MARUWA SHOKAI GUAM, INC., ) | Case No. CIV04-00034 |
| Plaintiff, ) | |
| ) | |
| vs. ) | **SWORN DECLARATION OF** |
| ) | **SUN YOUNG CHOI [F.R.C.P.,** |
| F/V YOKO MARU #35, its engines, ) | **Rule 56(e), 6 G.C.A. §4308]** |
| gear, appliances, generators, machines, ) | |
| equipment, furnishings, tackle, catch, ) | |
| etc., ) | |
| ) | |
| Defendants. ) | |

I, SUN YOUNG CHOI, hereby declare and state as follows:

    1.    I am a person of majority age, of sound mind and a shareholder and

officer, Vice-President/General Manager of Plaintiff MARUWA SHOKAI

GUAM, INC.;

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

SUN Y. CHOI v. F/V YOKO MARU #35, its engines, gear, appliances, generators, machines,
equipment, furnishings, tackle, catch, etc.
SWORN DECLARATION OF SUN YOUNG CHOI [F.R.C.P., Rule 56(e), 6 G.C.A. §4308]    **Page 1**

2. The facts stated herein are personally known to me or when stated upon information and belief, the statements reflect my personal belief as to the matters stated;

3. If called upon to do so, I believe that I could competently testify to the matters stated herein;

4. Maruwa Shokai Guam, Inc., is a business that when in operation acted as a provider of services and necessaries to various fishing and other vessels as either a direct provider or as a husbanding agent;

5. As part of my duties as the General Manager of Maruwa Shokai Guam, Inc., I was responsible for overseeing the collection of accounts for the various vessels to which Maruwa Shokai Guam, Inc., provided services and necessaries;

6. I regularly reviewed the accounts owed to Maruwa Shokai Guam, Inc., and would contact the vessel owners for payment on behalf of the vessel, but always extended the credit to be paid based on the credit of the vessels to which services and necessaries were provided;

7. I am familiar with the account between Maruwa Shokai Guam, Inc., and the Fishing Vessel (F/V) Yoko Maru #35, which sometimes was erroneously indicated as "F/V Yoko Maru #38," within the records of Maruwa

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
SUN Y. CHOI v. F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc.
SWORN DECLARATION OF SUN YOUNG CHOI [F.R.C.P., Rule 56(e), 6 G.C.A. §4308]     **Page 2**

Case 1:04-cv-00034     Document 17     Filed 08/06/2004     Page 2 of 45

Shokai Guam, Inc., but always pertained to the same vessel, the Defendant

vessel F/V Yoko Maru #35;

8.    The equitable owner of Defendant Yoko Maru #35 is Mitsuya

Shimozato, also known as Mitsuya Maezato a resident of Japan;

9.    On February 6, 2003, I caused a letter a true an correct copy of

which is attached hereto as Exhibit 1, to be sent to the vessel owner Mitsuya

Shimozato, addressed to Mitsuya Maezato via the then existing husbanding

agent of Defendant F/V Yoko Maru #35, Koyoo Busan Guam, Inc., and within

the letter requested payment of the outstanding balance owed by the Defendant

F/V Yoko Maru #35, for the sum of eighty-one thousand eight hundred twenty-

five and ninety-four hundredths United States Dollars ($81,825.94 USD);

10.    Since transmission of the letter, I have never received any objection

to the statement of the balance of the account from the owner, Mr. Mitsuya

Shimozato;

11.    In about December 29, 2003, I had spoken to the owner of

Defendant F/V Yoko Maru #35, Mitsuya Shimozato, via telephone about the

balance of the debt owed by Defendant F/V Yoko Maru #35, and informed him

that due to the nonpayment of the debt, I would need to arrest the vessel to

recover the amounts owed. Mr. Mitsuya agreed to the amount of the debt and

SUN Y. CHOI v. F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc.
SWORN DECLARATION OF SUN YOUNG CHOI [F.R.C.P., Rule 56(e), 6 G.C.A. §4308]    **Page 3**

Case 1:04-cv-00034    Document 17    Filed 08/06/2004    Page 3 of 45

asked if he could make payments on the debt balance. I agreed to allow the vessel to make payments and sent to Mr. Shimizato the document titled "Agreement," a true and correct copy of which is attached hereto as "Exhibit 2," via facsimile transmission to Mr. Shimozato. I recently had a further opportunity to scrutinize the notes on the supporting documents of the unpaid bills of Defendant Yoko Maru #35 and found that I erred in stating the balance of the invoices unpaid was the amount of seventy-nine thousand one hundred eighty-eight and thirty-eight hundredths dollars ($79,188.38) and that the amount stated in Exhibit 1, was the correct of the balance of the invoices, with accrued interest. The document marked here as Exhibit 2, was never returned to me;

12.     I placed several phone calls to Mr. Shimozato to discuss the debt and my intention to arrest Defendant F/V Yoko Maru #35 because the debt was unpaid. Mr. Shimozato never acknowledged my phone calls or the messages that I left for him;

13.     Through to today, I have never received any written or oral communication from Defendant F/V Yoko Maru #35 or its owner Mitsuya Shimozato or anyone else, contesting the amount of the debt owed to Maruwa Shokai Guam, Inc., as stated in Exhibit 1;

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
SUN Y. CHOI v. F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc.
SWORN DECLARATION OF SUN YOUNG CHOI [F.R.C.P., Rule 56(e), 6 G.C.A. §4308]     **Page 4**

Case 1:04-cv-00034     Document 17     Filed 08/06/2004     Page 4 of 45

14.    After the arrest of Defendant F/V Yoko Maru #35, I received a call from the owner of the vessel, Mitsuya Shimozato, who acknowledged that he owed Maruwa Shokai Guam, Inc., the amount stated in Exhibit 1, and asked that I allow release of the vessel. I told him I could not and Mr. Shimozato cause a wire transfer of twenty thousand United States dollars ($20,000.00USD) to be made to me, which after bank charges resulted in a payment to the debt of nineteen thousand nine hundred and eighty-five United States dollars ($19,985.00USD) applied to the debt. I told Mr. Shimozato that he would have to pay the balance to obtain release of the vessel;

15.    Mr. Shimozato came to Guam on or about July 16, 2004, and in the presence of Keiko of Koyoo Pacific Fisheries, Curtis C. Van de veld, I asked Mr. Shimizato if he disputed the amount owed and Mitsuya Shimozato said, "no." Mr. Shimozato asked if he could make a partial payment a further partial payment of thirty thousand dollars ($30,000.00USD) and payments until December 2005 to pay the balance of the debt to Maruwa Shokai Guam. I told him, "no;"

16.    Attached hereto as "Exhibit 3," is an accounting of the invoices that led to the unpaid balance of eighty-one thousand eight hundred twenty-five and ninety-four hundredths dollars ($81,825.94USD);

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
SUN Y. CHOI v. F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc.
SWORN DECLARATION OF SUN YOUNG CHOI [F.R.C.P., Rule 56(e), 6 G.C.A. §4308]     **Page 5**

Case 1:04-cv-00034    Document 17    Filed 08/06/2004    Page 5 of 45

17.   Attached hereto as "Exhibit 4," is an accounting of the interest accrued on the unpaid balance showing the total amount owned to date is the sum of one hundred forty-seven thousand four hundred sixty-two and twelve hundredths United States dollars ($147,462.12 USD);

18.   In addition to the sum in paragraph numbered 17, above, Maruwa Shokai Guam, Inc., has incurred arrest costs as follows:

18.1 Two Thousand Five hundred United States dollars ($2,500.00USD) paid to the U.S. Marshal for the arrest of the vessel and insurance of Defendant vessel while in custodial hold.

18.2 Eleven Thousand one hundred fifty-seven and forty-four hundredths United States dollars ($11,157.44USD).

FURTHER YOUR DECLARANT SAYETH NAUGHT this Thursday August 5, 2004, at Hagåtña, Guam, swearing and affirming under penalty of perjury of the laws of Guam that the foregoing is true and correct to the best of my knowledge and belief pursuant to 6 G.C.A. §4308.

_____
Sun Y. Choi
Plaintiff

CCV:ccv
VSCF/MARUWA SHOKAI GUAM, INC./CV001536

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
SUN Y. CHOI v. F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc.
SWORN DECLARATION OF SUN YOUNG CHOI [F.R.C.P., Rule 56(e), 6 G.C.A. §4308]   **Page 6**

# MARUWA SHOKAI GUAM, INC.

P.O.Box 23323 GMF, Guam 96921
Telephone: (671) 477-5445/6  Facsimile: (671) 646-4785
E-mail: luzantas@yahoo.com

*Exhibit 1*

06 February 2003

Mitsuya Maezato
Owner
F/V #35 YOKO MARU

c/o:   Ms. Keiko or Mr. Nago – Koyoo Busan Guam, Inc.

Dear Sir:

### RE:   *F/V #35 YOKO MARU – OUTSTANDING BALANCE*

Due to the current financial status of Maruwa Shokai Guam, Inc. it is imperative that we settle your extremely passed due account of the subject vessel as indicated in the billing provided to you on 01 December 2001 for the amount of USD 81,825.94. I have not received any correspondence of any kind since the mentioned date concerning your settlement of this outstanding debt.

I would appreciate your soonest reply of the aforementioned via my cellular phone 727-5771 to discuss your soonest payment.

It is important that you contact me concerning your vessel in order to avoid Maruwa Shokai's referral of this matter to our legal counsel for collection.

Sincerely,

Sun Y. Wakugawa (Choi)
Vice President

cc:    rel/rdd/file

# Agreement
## Promissory Note

**THIS AGREEMENT** dated as of Effective Date of Agreement (December 26, 2003) between Sun Y. Choi, Guam (the "1st Party") and Mitsuya Shimozato , F/v Yoko Maru #35 (the "2nd Party").

**IN CONSIDERATION** of the mutual covenants and conditions hereinafter set forth and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties agree as follows:

1. Mitsuya Shimozato hereby states the he is the owner of the Vessel F/V Yoko Maru #35 Mitsuya Shimozato is at presently indebted to Sun Y. Choi for the total sum of Seventy Nine thousand One Hundred Eighty Eight U.S. Dollars and thirty eight cents ($79,188.38) for services rendered to shipping vessel F/V Yoko Maru #35.

2. Mitsuya Shimozato hereby agrees to make monthly payments of Two Thousand U.S. Dollars ($2,000.00) per month to Sun Y. Choi beginning January 2, 2004 until the total sum of debt has been paid.

3. Should Mitsuya Shimozato fail to make two consecutive payments in a row; Mitsuya Shimozato hereby agrees to accept any and all legal actions taken against him, within 10 days of default of this agreement, and WILL NOT DISPUTE this agreement nor take any action what so ever in any Court in any Country or Territory.

4. This Agreement sets forth the entire agreement between the parties relating to the subject matter hereof and stands in the place of any previous agreement, whether oral or in writing. The parties agree to no amendment to this Agreement shall be binding upon the parties unless it is in writing and executed by both parties. This agreement shall also be deemed lawful in any Court of Law in any Country or Territory.

5. This agreement shall enure to the benefit of and be binding upon the respective heirs, executors, administrators and assigns of each of the parties hereto.

6. This Agreement may be executed in one or more counterparts, each of which when so executed shall be deemed to be an original and such counterparts together shall constitute one and the same instrument.

7. The parties acknowledge that this Agreement may be negotiated and transmitted between parties by means of facsimile machine and that the terms and conditions agreed to are binding upon the parties. Upon the Agreement being accepted, copies of the facsimile will be validated by both parties forthwith.

**IN WITNESS WHEREOF** this Agreement has been executed by the parties hereto as of the date first above written.

Exhibit 2

_____
Sun Y. Choi                    12/29/03

| Post-it® Fax Note | 7671 | Date 12/29/03 | # of pages▶ 2 |
|---|---|---|---|
| To Irabu | | From Cho, | |
| Co./Dept. | | Co. | |
| Phone # Yoco tuna | | Phone # 698 - 7448 | |
| Fax # 51698866 5473 | | Fax # 646 - 4785 | |

SEND

| DATE | START | RECEIVER | TX TIME | PAGES | TYPE | NOTE |
|------|-------|----------|---------|-------|------|------|
| DEC-29 | 04:22 PM | 0 18.9(8165473 | 46' | 2 | SEND | OK |



COPY XPRESS

P.O. Box 10138 Tamuning, Guam 96931
Suite 105 Paul's Plaza, 541 S. Marine Drive
Tamuning, Guam 96911
Telephone 671. 646 COPY • 649 COPY (2679)

18806
CASH RECEIPT

| DATE | CASH | CARD | CHECK |
|------|------|------|-------|
| 29 Dec 03 | ✓ | | |

NAME 81-988665473

ADDRESS

| QTY | DESCRIPTION | U/P | AMT. |
|-----|-------------|-----|------|
| 2 | Fax to Japan | | 5.50 |

SUPER QUICK COPYING
& PRINTING CENTER

☐ COPY
☐ PRINTING

| | |
|---|---|
| TOTAL | $5.50 |
| DEPOSIT | |
| BALANCE DUE | |

# YOKO MARU #35

## Statement of Account as of June 30, 2004

1. Outstanding Balance as of Mar 30, 2000      USD   40,000.00
   a. Payment received ( wire 01/07/2000) Inv.#4463    USD (10,000.00)
   b. Airfreight credit  ( 03/14/2000      )   Inv.#4429    USD ( 5,000.00)
   <u>Balance as of March 2000</u>                        <u>USD   25,000.00</u>

2. Balance on the following Invoices
   a. Voyage period  5/25 – 5/29/2000     Inv.#4439     USD    7,000.00
   b. Voyage period  6/26 – 7/01/2000     Inv.#4449     USD   12,365.09
   c. Voyage period  8/24 – 8/29/2000     Inv.#4339     USD    9,000.00
   d. Voyage period  1/31 – 2/04/2001     Inv.#4443     USD   14,000.00
   <u>Balance remaining as of August 31, 2000</u>       <u>USD   67,365.09</u>

3. Voyage period 3/04 – 3/10/2001     Inv.#4354     USD   30,422.09
   Wire payment received on 3/23/2001             USD (33,687.77)
   <u>Balance remaining as of March 2001</u>          <u>USD   64,099.32</u>

4. Voyage period 4/05 – 4/12/2001     Inv.#4360     USD   25,998.61
   Wire payment received on 4/11/2001             USD (30,998.61)
   <u>Balance remaining as of April 11, 2001</u>         <u>USD   59,099.41</u>

5. Voyage period 10/24 –10/27/2001     Inv.#4392     USD   25,911.69
   Wire payment received on 11/01/2001            USD (20,000.00)

6. Voyage period 11/29 –12/01/2001     Inv.#4396     USD   24,177.28
   Wire payment received                        USD (10,000.00)
   <u>Balance remaining as of December 2001</u>       <u>USD   79,188.38</u>

*Add.: 7. Voyage period 8/08/2001     Inv.#4376     USD    8,154.16
           Less deduction/Reject Fish              USD   (5,516.60)
           Sep.2001    USD 1,240.20
           Oct.2001    USD 2,183.40
           Nov2001    USD 2,093.00
           <u>Total reject     5,516.60 USD</u>

<u>Balance remaining as of December 2001</u>        <u>USD   81,825.94</u>

Exhibit 3

# 外国送金依頼書 (リピートサービス専用)
## (APPLICATION FOR REMITTANCE)

PRE PRINTED APPLICATION FORM

出力印字をご確認のうえ、太枠内をご記入ください。(Please fill out thick-lined boxes after confirming the pre printed letters.)
該当事項に×印をおつけください。(Please mark with ✗ where pertinent.)

| 送金種類 (REMIT. TYPE) | [✗] 電信送金 (TELEGRAPHIC TRANSFER) | | | 整理番号 (REF. NO.) 301- | 取組番号 (下記店名をご記入) 11/00271 | 発行日 (DATED) |
|---|---|---|---|---|---|---|

該当事項に×印をおつけください。

| | □ 通知払 (ADVISE & PAY) | [✗] 口座振込 (ADVISE & CREDIT) | □ 請求払 (PAY ON APPLICATION) | 予約番号 (CON NO.) | 金 額 (AMOUNT) |
|---|---|---|---|---|---|

Y建換算相場 (FORWARD EXCHANGE)

| 送金金額 (AMOUNT) | 通貨 (CURRENCY) USD | 金額 (AMOUNT) | 支払銀行手数料 (CHARGES DUE TO PAYING BANK TO BE BORNE BY) |
|---|---|---|---|
| | | | □ 受取人負担 (PAYEE) [✗] 依頼人負担 (APPLICANT) |

**依頼人 (APPLICANT)**

IRABU MAGURO SENSYU KUMIAI

送金目的および許可(承認)番号
(PURPOSE & LICENSE NO.)

表面記載の条項に従い、外国送金を依頼します。(和文でご記入ください)
(PLEASE MAKE THE REMITTANCE UNDER THE CONDITIONS MENTIONED ON THE BACK HEREOF.)

住所 (ADDRESS)　伊良部鮪船主組合
那覇市港町1丁目1番27号 (2階)
TEL (098) 861-0064
氏名又は名称 (NAME)　組合長理事 我那覇清治

(TEL : - )

受取人宛通知事項
(MESSAGE TO PAYEE)

**受取人 (PAYEE)**

銀行名・支店名・国名
BANK OF HAWAII
AGANA GUAM

口座番号 (A/C No.) 70038 05 7596

氏名・名称 (FULL NAME)・住所 (ADDRESS)
MARUWA SHOKAI GUAM INC
P. O. BOX 23323 G. M. F. GUAM
U. S. A. 96821

※ 上記送金委託につきましての内容変更、組戻しまたは解除の場合など、当行が交付し
ました本書類を含む計算書は、後日提出していただくことがありますので、大切に保
管して下さい。

## お客様控
### COPY FOR APPLICANT



計 算 書

STATEMENT

株式会社 沖縄銀行
THE BANK OF OKINAWA, LTD.
高橋支店
99-11-29
99-11-29
301-99100271

0102-0138430-000
伊良部町漁船主組合

普通預金

沖縄銀行 高橋 11.11.29 T-3

外貨売渡外国為替

| | | | |
|---|---|---|---|
| 301-99100271 | US$ *********58,954.45 | 104.5000 | ¥6,160,740 |
| | US$ *********58,954.45 | | |

ソウキンドリアツカイリョウ デンシンリョウ
¥2,000 ¥2,200

¥4,200

¥6,164,940

3

**MARUWA SHOKAI GUAM INC.**
丸和商会

P. O. BOX 23323 G.M.F.
GUAM 96921 U.S.A.
TEL: (671) 477-5445/6
FAX: (671) 477-5447

INVOICE NO.: **4416**

VESSEL : YOKO MARU #35

PORT ARV : GUAM

DATE ARV : 11/24/99

11/27/99

DATE DEP :

DATE INV :

**INVOICE**

| ACCT. | DESCRIPTIONS | QTY | UNIT PRICE | TOTAL AMOUNT | REF/REMARKS |
|---|---|---|---|---|---|
| 3039 | CREW MEMBERS WAGES | | | | |
| 3040 | PORT ENTRY/DOCKAGE | | | 205.00 | 11/24–11/27/99 |
| 3030 | WATER | | | 121.60 | |
| 3031 | ~~CASH ADVANCE~~ WHARFAGE | 9899 | | 34.65 | |
| 3032 | PILOTAGE/TUG | | | | |
| 5030 | BOXES | 106 | | 1,908.00 | |
| 3033 | CUSTOMS O/T | | | 162.50 | |
| 3034 | HOSPITAL/MEDICATION | | | | |
| 5010 | OPERATION | 9899 | | 1,979.80 | |
| 3033 | CUSTOMS EXPORT DOCUMENTATION | | | 155.00 | |
| 5030 | DRY / GEL ICE | 450 | | 472.50 | |
| 7060 | COMMUNICATIONS (TEL. FAX) | | | 326.20 | |
| 3035 | CARGO FARE | 10370 | | 10,874.20 | |
| 3036 | OIL SUPPLY | 8 | | 360.00 | |
| 3036 | BUNKER: 7040 GAL | | | 6,054.40 | |
| 3037 | BAIT SUPPLY | | | | |
| 3032 | ~~REPAIRS~~ RUBBISH TRASH | | | 155.00 | |
| 3037 | PROVISIONS L.P. GAS | 2 | | 130.00 | |
| 3037 | EQUIPMENT SUPPLY /ABSORBENT SHEET | 8 | | 280.00 | |
| 5020 | AGENCY FEES | | | 450.00 | |
| 7201 | STORAGE FEES | | | | |
| 3035 | CREW MEMBERS TICKETS | 3 | | 1,547.36 | |
| 3040 | OTHERS | | | 25,216.21 | |
| | SUB TOTAL: | | | | |
| | ~~DEDUCTIONS~~ UNPAID INV | | | 44,345.90 | — 4.345.90 pd |
| | FINANCE CHARGE (2.5%) | | | | Un,vw,nkL |
| | TOTAL: | | | 69,562.11 | |
| | PAID | 703 | | 280.40 | — paid |
| | **BALANCE DUE FOR REMITTANCE** | | | 69,281.71 | |

I CERTIFY THAT THE ABOVE IS TRUE AND CORRECT, AND THAT PAYMENT THEREFORE HAS NOT BEEN RECEIVED. PAYMENT DUE UPON PRESENTATION. ANY UNPAID INVOICE 30 DAYS AFTER RECEIPT OF THE SAME SHALL ACCRUE INTEREST AT A RATE OF 2.5% PER MONTH.

CERTIFYING OFFICER

4

株式会社 沖縄銀行 御中
TO: THE BANK OF OKINAWA, LTD.

**外国送金依頼書** (リピートサービス専用)
(APPLICATION FOR REMITTANCE)

PRE PRINTED APPLICATION FORM

太枠事項をご確認のうえ、太枠内をご記入ください。(Please fill out thick-lined boxes after confirming the pre printed letters.)
該当事項に×印をおつけください。(Please mark with × where pertinent.)

| | |
|---|---|
| 送金種類 (REMITTANCE) | [X] 電信送金 (TELEGRAPHIC TRANSFER) |

取組番号 102  取組番号(下8桁を記入) 301- 970(0240  依頼日 (DATE) 1988.10.28

該当事項に×印をつけてください。
□ 通知払 (ADVISE & PAY)  [✓] 口座振込 (ADVISE & CREDIT)  □ 請求払 (PAY ON APPLICATION)

予約使用の場合 (FORWARD EXCHANGE)
予約番号 (CONT NO.)   金額 (AMOUNT)

送金金額 (AMOUNT)
通貨 (CURRENCY)  金額 (AMOUNT)
USD 49,688.56

支払諸手数料 (CHARGES DUE TO PAYING BANK TO BE BORNE BY)
[X] 受取人負担 (PAYEE)
□ 依頼人負担 (APPLICANT)

依頼人 (APPLICANT)
(氏名 NAME)
IRABU MAGURO SENSYU KUMIAI

上記記載の条項に従い、外国送金を依頼します。(和文でご記入ください。)
(PLEASE MAKE THE REMITTANCE UNDER THE CONDITIONS MENTIONED ON THE BACK HEREOF.)
(TEL:    -    )

住所 (ADDRESS)
伊良部鮪船主組合
那覇市港町1丁目1番27号(2階)
TEL (098)861-0064
氏名又は名称 (NAME)
組合共理事 我那覇清治

送金目的および許可(承認)番号 (PURPOSE & LICENSE NO.)
操業船に伴う費用

受取人送達事項 (MESSAGE TO PAYEE)
第28克丸
第35容克丸

受取人 (PAYEE)
銀行名、支店名、国名
BANK OF HAWAII
AGANA GUAM

口座番号 (A/C No.)  70038 03 7596

氏名又は名称 (NAME)
住所 (ADDRESS)
MARUWA SHOKAI GUAM INC
P. O. BOX 23323 G. M. F. GUAM
U. S. A. 96821

※ 上記送金委託につきましての内容変更、組戻しまたは解除の場合など、当行が交付し
ました本書類を含む計算書は、後日提出していただくことがありますので、大切に保
管して下さい。

第28克丸  $ 26,260.00
第35容克丸  $ 23,428.48

**お客様控**
COPY FOR APPLICANT

5



**MARUWA SHOKAI GUAM INC.**
丸和商会

P. O. BOX 23323 G.M.F.
GUAM 96921 U.S.A.
TEL: (671) 477-5445/6
FAX: (671) 477-5447

**INVOICE**

INVOICE NO.: **4305**

| | |
|---|---|
| VESSEL : | YOKO MARU #35 |
| PORT ARV : | GUAM |
| DATE ARV : | 10/24/99 |
| | 10/25/99 |
| DATE DEP : | |
| DATE INV : | |

| ACCT. | DESCRIPTIONS | QTY | UNIT PRICE | TOTAL AMOUNT | REF/REMARKS |
|---|---|---|---|---|---|
| 3039 | CREW MEMBERS WAGES | | | | |
| 3040 | PORT ENTRY/DOCKAGE | | | 190.00 | 10/24~10/25/99 |
| 3030 | WATER | | | 118.30 | |
| 3031 | ~~CASH ADVANCE~~ WHARFAGE | 15197 | | 53.19 | |
| 3032 | PILOTAGE/TUG | | | | |
| 5030 | BOXES | 119 | | 2,142.00 | |
| 3033 | CUSTOMS O/T | | | 86.30 | |
| 3034 | HOSPITAL/MEDICATION | | | | |
| 5010 | OPERATION | 15197 | | 2,519.70 | |
| 3033 | CUSTOMS EXPORT DOCUMENTATION | | | 150.00 | |
| 5030 | DRY / GEL ICE | 370 | | 395.90 | |
| 7060 | COMMUNICATIONS (TEL. FAX) | | | 486.30 | |
| 3035 | CARGO FARE | 11961 | | 12,439.44 | |
| 3036 | OIL SUPPLY | 10 | | 450.00 | |
| 3036 | BUNKER: 6500 GAL | | | 5,590.00 | |
| 3037 | BAIT SUPPLY | | | | |
| 3032 | ~~REPAIRS~~ L.P. GAS | | | 130.00 | |
| 3037 | ~~PROVISIONS~~ RUBBISH TRASH | | | 155.00 | |
| 3037 | EQUIPMENT SUPPLY /ABSROBENT SHEET | 10 | | 350.00 | |
| 5020 | AGENCY FEES | | | 450.00 | |
| 7201 | STORAGE FEES | | | | |
| 3035 | CREW MEMBERS TICKETS | x1 | | 556.36 | |
| 3040 | OTHERS | | | | |
| | SUB TOTAL: | | | 26,262.49 | |
| | ~~DEDUCTIONS~~ UNPAID INVOICES | | | 44,345.90 | |
| | FINANCE CHARGE (2.5%) | | | | |
| | TOTAL: | | | 70,608.39 | |
| | PAID REJECT | 4360 | | (2,834.00) | |
| | **BALANCE DUE FOR REMITTANCE** | | | 67,774.39 | |

I CERTIFY THAT THE ABOVE IS TRUE AND CORRECT, AND THAT PAYMENT THEREFORE HAS NOT BEEN RECEIVED. PAYMENT DUE UPON PRESENTATION. ANY UNPAID INVOICE 30 DAYS AFTER RECEIPT OF THE SAME SHALL ACCRUE INTEREST AT A RATE OF 2.5% PER MONTH.

CERTIFYING OFFICER

6

計　算　書

STATEMENT

株式会社 沖縄銀行
THE BANK OF OKINAWA, LTD

港支店
97-10-14
97-10-14
301-97100178

0150-01145041-000
伊是名村漁船主組合

管理漁港

（沖縄銀行 印 9.10.14 T-2）

38善榮丸　18.071.38
28宝丸　21.165.02
35善丸　3.890.63

外貨売渡外国為替　　0　　　2 T/T

301-97100178　USS ********143,126.94　122.3600　¥5,276,581

USS ********43,126.94

ソウキントリクミ テスウリョウ　デンシンリョウ
¥2,000　　¥2,200

***********
¥4,200

普通預金　　　　　　　　　　　　　　¥5,280,781

Yoko  45,000 in panding import.

as of - 99



**MARUWA SHOKAI GUAM INC.**
丸和商会

P.O. BOX 23323 G.M.F.
GUAM 96921 U.S.A.
TEL: (671) 477-5445/6
FAX: (671) 477-5447

**INVOICE**

INVOICE NO.: **4060**

VESSEL : YOKO MARU #35

PORT ARV : GUAM

DATE ARV : 09/27/97

DATE DEP : 10/04/97

DATE INV :

| ACCT. | DESCRIPTIONS | QTY | UNIT PRICE | TOTAL AMOUNT | REF/REMARKS |
|---|---|---|---|---|---|
| 3039 | CREW MEMBERS WAGES | | | | |
| 3040 | PORT ENTRY/DOCKAGE | | | 360.00 | 09/27-10/04/97 |
| 3030 | WATER | | | 113.00 | |
| 3031 | CASH ADVANCE DOCKAGE | | | 90.00 | 09/03-09/04/97 |
| 3032 | PILOTAGE/TUG WHARFAGE | 5912 | | 20.70 | |
| 5030 | BOXES | 53 | | 848.00 | |
| 3033 | CUSTOMS O/T | | | 325.60 | |
| 3034 | HOSPITAL/MEDICATION | | | | |
| 5010 | OPERATION | 5912 | | 1,182.40 | |
| 3033 | CUSTOMS EXPORT DOCUMENTATION | | | 150.00 | |
| 5030 | DRY / GEL ICE | 220 | | 154.00 | |
| 7060 | COMMUNICATIONS (TEL. FAX) | | | 186.20 | JUNE,SEPT 1997 |
| 3035 | CARGO FARE | 5355 | | 5,462.10 | |
| 3036 | OIL SUPPLY 15W 40 / HYDRAULIC | | 26 PAILS | 1,170.00 | |
| 3036 | BUNKER: GAL 6058 | 9389 GAL | | 8,356.21 | 3331 GAL 09/06 |
| 3037 | BAIT SUPPLY | | | 60.00 | |
| 3032 | REPAIRS RUBBISHMAN TRASH | | | 155.00 | |
| 3037 | PROVISIONS HETOMIN | 1543 | | 375.00 | |
| 3037 | EQUIPMENT SUPPLY/ ABSORBENT SHEET | 4 LDS | | 120.00 | |
| 5020 | AGENCY FEES | | | 450.00 | |
| 7201 | STORAGE FEES LPG GAS | | | 90.00 | |
| 3035 | CREW MEMBERS TICKETS | | | | |
| 3040 | OTHERS | | | | |
| | SUB TOTAL: | | | 19,668.21 | |
| | DEDUCTIONS 06/03 INVOICE | | | 5,582.83 | |
| | FINANCE CHARGE (2.5%) | | | | |
| | TOTAL: 02/14/96 | | | 19,660.79 | |
| | PAID REJECT FISH | 1459 | | (1,021.30) | Rec:ved $3.890.54 BM $4.00.4 |
| | **BALANCE DUE FOR REMITTANCE** | | | 43,890.53 | |

I CERTIFY THAT THE ABOVE IS TRUE AND CORRECT, AND THAT PAYMENT THEREFORE HAS NOT BEEN RECEIVED. PAYMENT DUE UPON PRESENTATION. ANY UNPAID INVOICE 30 DAYS AFTER RECEIPT OF THE SAME SHALL ACCRUE INTEREST AT A RATE OF 2.5% PER MONTH.

_____
CERTIFYING OFFICER

| 送金種類 (REMITTANCE BY) | [X] 電信送金 (TELEGRAPHIC TRANSFER) | | | 取組番号 | 用船 | 予約番号/自由を記入 | 依頼日 (DATE) |
|---|---|---|---|---|---|---|---|

該当事項に×印をつけてください。

| | □ 通知 払 (ADVISE & PAY) | [X] □ 口座払込 (ADVISE & CREDIT) | □ 請求 払 (PAY ON APPLICATION) | 予約使用の場合 (FORWARD EXCHANGE) 番号 (COMNO) | 金額 (AMOUNT) |

送金金額 (AMOUNT)

通貨 (CURRENCY) 金額 (AMOUNT)
USD 104,940.30

支払銀行手数料 (CHARGES DUE TO PAYING BANK TO BE BORNE BY)
[X] 受取人負担 (PAYEE)
□ 依頼人負担 (APPLICANT)

依頼人 (APPLICANT)

氏名 (NAME):
IRABU MAGURO SENSYU KUMIAI

豪国記載の実際に従い、外事送金を依頼します。(両文でご記入ください。)
(PLEASE MAKE THE REMITTANCE UNDER THE CONDITIONS MENTIONED ON THE BACK THEREOF.)

住所 (TEL)
(ADDRESS): 伊良部鰹船主組合
船隻市港町1丁目27号(2階)
TEL (098)861-0064
氏名又は名称 (NAME): 組合長理事 我那覇清治

送金目的および許可(内認)番号
(PURPOSE & LICENSE NO.)

受取人送金国税通知
(MESSAGE TO PAYEE)

受取人 (PAYEE)

銀行名、支店名、所在地
BANK OF HAWAII
AGANA GUAM

口座番号 (A/C No.)
70038-09-7896

氏名又は名称 (NAME)
MARUWA SHOKAI GUAM INC
P.O BOX 2332 0.M.F GUAM
U.S.A. 96921

※ 上記送金依頼につきましての内容変更、組戻しまたは照会の場合など、当行が交付しました本書類を含む計算書は、後日提出していただくことがありますので、大切に保管して下さい。

（手書きメモ）
松 春日丸　　20.669.86
松 祥瑞丸　　38.065 3P
松 寳全丸　　38.151 P3 — 20.005 以（手数料金）
第8 長丸 ・ 28.054.02
124.940.30 — 20.005 以 ＄104,940.30

お客様控
COPY FOR APPLICANT

外国送金依頼書 （リピートサービス専用）
(APPLICATION FOR REMITTANCE)

PRE PRINTED APPLICATION FORM

送方印字をご確認の上、本用紙に記入ください。(Please fill out thick-lined boxes after confirming the pre printed letters.)
該当事項に×印をおつけください。(Please mark with X where pertinent.)

| [X] 電信送金 (TELEGRAPHIC TRANSFER) | | 発信番号 | | | 受付番号 | | 取組日 (DATE) 1998. 10. 29 |
|---|---|---|---|---|---|---|---|

| □ 通知払 (ADVISE & PAY) | [X] 通知払込 (ADVISE & CREDIT) | □ 請求払 (PAY ON APPLICATION) | 予約使用の場合 (FORWARD EXCHANGE) |
|---|---|---|---|

| 通貨 (CURRENCY) | 金額 (AMOUNT) | 支払銀行手数料 (CHARGES OUT TO PAYING BANK TO BE BORNE BY) | 相場 (AMOUNT) |
|---|---|---|---|
| USD 20,000° | | □ 受取人負担 (PAYEE)   □ 依頼人負担 (APPLICANT) | |

依頼人 (APPLICANT)

IRABU MAGURO SEMSYU KUMIAI

前記記載の条件に従い、外国送金を依頼します。(裏面でご記入ください。)
(PLEASE MAKE THE REMITTANCE UNDER THE CONDITIONS MENTIONED ON THE BACK HEREOF.)

住所 (ADDRESS)
伊良部鮪船主組合
那覇市伝町1丁目1番27号 (2階)
TEL (098)861-0064
氏名又は社名 (NAME)
組合長理事 我那覇清治

送金目的および許可（認証）番号
(PURPOSE & LICENSE NO.)

操業船に伴う費用

受取人宛連絡事項
(MESSAGE TO PAYEE)

受取人 (PAYEE)

銀行名、支店名、国名
BANK OF HAWAII
AGANA GUAM

口座番号 (A/C NO.)
70038 05 7596

氏名又は社名 (NAME) 住所 (ADDRESS)
MARUWA SHOKAI GUAM INC
P.O.BOX 23323 G.M.F. GUAM
U.S.A. 96921

※ 上記送金委託につきましての内容変更、組戻しまたは解除の場合など、当行が交付し
ました本書類を含む計算書は、後日提出していただくことがありますので、大切に保
管して下さい。

お 客 様 控
COPY FOR APPLICANT

Case 1:04-cv-00034    Document 17    Filed 08/06/2004    Page 19 of 45

10



# MARUWA SHOKAI GUAM INC.
丸和商会

P. O. BOX 23323 G.M.F.
GUAM 96921 U.S.A.
TEL: (671) 477-5445/6
FAX: (671) 477-5447

**INVOICE**

INVOICE NO.: 4463
VESSEL :
YOKO MARU #35
PORT ARV :
GUAM
DATE ARV : 12/26/99
DATE DEP : 01/06/00
DATE INV :

| ACCT. | DESCRIPTIONS | QTY | UNIT PRICE | TOTAL AMOUNT | REF/REMARKS |
|---|---|---|---|---|---|
| 3039 | CREW MEMBERS WAGES | | | | |
| 3040 | PORT ENTRY/DOCKAGE | | | 835.00 | 12/26-01/06/00 |
| 3030 | WATER | | | 121.90 | |
| 3031 | CASH ADVANCE | | | | |
| 3032 | PILOTAGE/TUG  WHARFAGE | 12658 | | 44.30 | |
| 5030 | BOXES | 124 | | 2,232.00 | |
| 3033 | CUSTOMS O/T | | | 186.20 | |
| 3034 | HOSPITAL/MEDICATION | | | | |
| 5010 | OPERATION | 12658 | | 2,265.80 | |
| 3033 | CUSTOMS EXPORT DOCUMENTATION | | | 150.00 | |
| 5030 | DRY / GEL ICE | 480 | | 513.60 | |
| 7060 | COMMUNICATIONS (TEL. FAX) | | | 328.70 | |
| 3035 | CARGO FARE | 12575 | | 12,826.50 | |
| 3036 | OIL SUPPLY | 8 | | 360.00 | |
| 3036 | BUNKER: 7856  GAL | | | 6,756.16 | |
| 3037 | BAIT SUPPLY | | | | |
| 3032 | REPAIRS  RUBBISH TRASH | | | 155.00 | |
| 3037 | PROVISIONS  L.P. GAS | 2 | | 130.00 | |
| 3037 | EQUIPMENT SUPPLY /ABSORBENT SHEETS | 10 | | 350.00 | |
| 5020 | AGENCY FEES | | | 450.00 | |
| 7201 | STORAGE FEES | | | | |
| 3035 | CREW MEMBERS TICKETS  x2 | | | 1,122.72 | |
| 3040 | OTHERS | | | | |
| | SUB TOTAL: | | | 28,827.88 | |
| | DEDUCTIONS  UNPAID | | | 10,000.00 | |
| | FINANCE CHARGE (2.5%) | | | | |
| | TOTAL: | | | 38,827.88 | |
| | PAID  REJECT | 1229 | | (675.95) | |
| | BALANCE DUE FOR REMITTANCE | | | 38,151.93 | |

I CERTIFY THAT THE ABOVE IS TRUE AND CORRECT, AND THAT PAYMENT THEREFORE HAS NOT BEEN RECEIVED. PAYMENT DUE UPON PRESENTATION. ANY UNPAID INVOICE 30 DAYS AFTER RECEIPT OF THE SAME SHALL ACCRUE INTEREST AT A RATE OF 2.5% PER MONTH.

CERTIFYING OFFICER

# 外国送金依頼書 (リピートサービス専用)
## (APPLICATION FOR REMITTANCE)

PRE PRINTED APPLICATION FORM

出力印字をご確認のうえ、太枠内をご記入ください。(Please fill out thick-lined boxes after confirming the pre printed letters.)
該当事項に×印をおつけください。(Please mark with × where pertinent.)

| 送金種類 | [X] 電信送金 (TELEGRAPHIC TRANSFER) | 取組番号 | 店番 | 整理番号 (下8桁を記入) 301- ９１１４４００ | 依頼日 (DATE) ３ ０ ０ ３．２３ |
|---|---|---|---|---|---|

該当事項に×印をつけてください。
予約使用の場合 (FORWARD EXCHANGE)

| □ 通知払 (ADVISE & PAY) | [✓] □口座送金 (ADVISE & CREDIT) | □ 請求払 (PAY ON APPLICATION) | 予約番号 (CONT.NO.) | 金額 (AMOUNT) |
|---|---|---|---|---|

**送金額 (AMOUNT)**

通貨 (CURRENCY) 金額 (AMOUNT)
USD 117, 132, 17

支払銀行手数料 (CHARGES DUE TO PAYING BANK TO BE BORNE BY)
[X] 受取人負担 (PAYEE)
[ ] 依頼人負担 (APPLICANT)

**依頼人 (APPLICANT)**

氏名 (NAME)
P.218.840
IRABU MAGURO SENSYU KUMIAI

裏面記載の条件に従い、外国送金を依頼します。(和文でご記入ください。)
(PLEASE MAKE THE REMITTANCE UNDER THE CONDITIONS MENTIONED ON THE BACK HEREOF.)

(TEL.)
住所 (ADDRESS)
伊良部鮪船主組合
那覇市港町1丁目1番27号 (2階)
TEL (098)8C1-0064
氏名又は名称 (NAME)
組合長理事 我那覇清治

送金のおよび許可 (承認) 番号
(PURPOSE & LICENSE NO.)

受取人宛連絡事項 (MESSAGE TO PAYEE)

**受取人 (PAYEE)**

銀行名、支店名、国名
BANK OF HAWAII
AGANA GUAM

口座番号 (A/C No.) :0038 05 7596

氏名又は名称 (NAME) 、住所 (ADDRESS)
MARUWA SHOKAI GUAM INC
P.O. BOX 23323 G. M. F. GUAM
U.S.A. 96821

STATEMENT

株式会社 沖縄銀行
THE BANK OF OKINAWA, LTD.
取扱日(DATE) 高橋支店
(DATE) 00-3-23
(DATE) 00-3-23
301-99100400

0102-01384300-000
伊良部鮪船主組合

毎度お引立を賜わりありがとうございます。
ご依頼の送金につきましては、下記のとおり取組いたしました。

（お客様控）

沖縄銀行 高橋
12.3.23
T・4

様

普通預金

外貨充渡外国為替
301-99100400 | US$ ******117,132.17 | 相場 108.5000 | 1 2 T/T | ¥12,708,840

ソウキントリクミ テスウリョウ ¥2,000 | US$ ******117,132.17 デンシンリョウ ¥2,200 | ¥2,200

普通預金

¥******4,200

¥12,713,040

12

12　3　23

丸和商会 （Guam）

第28　丸　　　　26,393 ²ᴾ

第35　丸　　　　33,287 ⁴²　— 5,000 ⁰⁰　⎰ Credit
　　　　　　　　28 ... ⁴²　　　　　　　⎱ Co. A in fleet

第5　丸　　　　31,368 ⁶³

38　丸　　　　31,082 ⁸³

　　　　　　　中 122,132 ¹⁷
　　　　　　　1,2,132 ¹²

伊良部鰹船主組合



**MARUWA SHOKAI GUAM INC.**
丸和商会

P.O. BOX 23323 G.M.F.
GUAM 96921 U.S.A.
TEL: (671) 477-5445/6
FAX: (671) 477-5447

**INVOICE**

INVOICE NO.: **4429**
VESSEL : *YOKO MARU #35*
PORT ARV : *GUAM*
DATE ARV : *03/15/00*
*03/18/00*
DATE DEP :
DATE INV :

| ACCT. | DESCRIPTIONS | QTY | UNIT PRICE | TOTAL AMOUNT | REF/REMARKS |
|---|---|---|---|---|---|
| 3039 | CREW MEMBERS WAGES | | | | |
| 3040 | PORT ENTRY/DOCKAGE | | | 205.00 | 03/15–03/18/00 |
| 3030 | WATER | | | 121.30 | |
| 3031 | CASH ADVANCE | | | | |
| 3032 | PILOTAGE/TUG *WHARFAGE* | 14654 | | 51.29 | |
| 5030 | BOXES | 136 | | 2,448.00 | |
| 3033 | CUSTOMS O/T | | | 168.20 | |
| 3034 | HOSPITAL/MEDICATION | | | | |
| 5010 | OPERATION | 14654 | | 2,465.40 | |
| 3033 | CUSTOMS EXPORT DOCUMENTATION | | | 150.00 | |
| 5030 | DRY / GEL ICE | 350 | | 420.00 | |
| 7060 | COMMUNICATIONS (TEL. FAX) | | | 138.50 | |
| 3035 | CARGO FARE | 13848 | | 14,124.96 | |
| 3036 | OIL SUPPLY | 8 | | 360.00 | |
| 3036 | BUNKER: *8422* **GAL** | | | 8,082.12 | |
| 3037 | BAIT SUPPLY | | | | |
| 3032 | REPAIRS *L.P. GAS* | 1 | | 65.00 | |
| 3037 | PROVISIONS *RUBBISH TRASH* | | | 155.00 | |
| 3037 | EQUIPMENT SUPPLY /*ABSORBENT SHEETS* | 11 | | 390.00 | |
| 5020 | AGENCY FEES | | | 450.00 | |
| 7201 | STORAGE FEES | | | | |
| 3035 | CREW MEMBERS TICKETS | | | | |
| 3040 | OTHERS | | | | |
| | SUB TOTAL: | | | 29,794.77 | |
| | DEDUCTIONS *UNPAID INVOICE* | | | 5,000.00 | |
| | FINANCE CHARGE (2.5%) | | | | |
| | TOTAL: | | | 34,794.77 | |
| | PAID | 2319 | | (1,507.35) | |
| | BALANCE DUE FOR REMITTANCE | | | 33,287.42 | |

I CERTIFY THAT THE ABOVE IS TRUE AND CORRECT, AND THAT PAYMENT THEREFORE HAS NOT BEEN RECEIVED. PAYMENT DUE UPON PRESENTATION. ANY UNPAID INVOICE 30 DAYS AFTER RECEIPT OF THE SAME SHALL ACCRUE INTEREST AT A RATE OF 2.5% PER MONTH.

CERTIFYING OFFICER

14

出力印字をご確認のうえ、太枠内をご記入ください。(Please fill out thick-lined boxes after confirming the pre printed letters.)
該当事項に×印をおつけ下さい。(Please mark with X where pertinent.)

| [X] | 電信送金 (TELEGRAPHIC TRANSFER) | | 取組番号 | | 取組番号(下6桁を記入) 301- / / / / / | 取組日(DATE) 2000 6 9 |

送金種類
(REMITTANCE BY)

該当事項に×印をつけて下さい。

- [ ] 通知払 (ADVISE & PAY)
- [×] 通知払 (ADVISE & CREDIT)
- [ ] 請求払 (PAY ON APPLICATION)

| 予約利用の場合 FORWARD EXCHANGE | |
| 予約番号(CONT. NO.) | 金 額 (AMOUNT) |

送金金額
(AMOUNT KIND)
通貨 (CURRENCY): USD  分額 (AMOUNT): 50,618.37

支払銀行手数料
(CHARGES DUE TO)
依頼人負担 (APPLICANT)

依頼人
(APPLICANT)

(住所)
(ADDRESS): 伊良部鮪船主組合
那覇市港町1丁目1番30号(2階)
(氏名又は名称)
(NAME): 組合長理事 我那覇清治
TEL (098)861-0033

送金目的および許可(承認)番号
(PURPOSE & LICENSE NO.)

支払人送金理由
(MESSAGE TO PAYEE)

銀行名・支店名 等
BANK OF HAWAII
AGANA GUAM

受取人
(PAYEE)

(口座番号): 0006-05-1696

(氏名又は名称)
(NAME): MARUKISA SHOKAI GUAM INC
(住所)
(ADDRESS): P.O.BOX 22222 G M F GUAM
U S A 96921

※ 上記送金委託につきましての内容変更、組戻しまたは解除の場合など、当行が交付し
ました本書類を含む計算書は、後日提出していただくことがありますので、大切に保
管して下さい。

お 客 様 控
COPY FOR APPLICANT

伊良部鰹船主組合

Case 1:04-cv-00034   Document 17   Filed 08/06/2004   Page 25 of 45

16



**MARUWA SHOKAI GUAM INC.**
丸和商会

P. O. BOX 23323 G.M.F.
GUAM 96921 U.S.A.
TEL: (671) 477-5445/6
FAX: (671) 477-5447

INVOICE NO.: **4439**
VESSEL : **YOKO MARU 35**
PORT ARV : **GUAM**
DATE ARV : **5/25/00**
DATE DEP : **5/29/00**
DATE INV : **5/31/00**

**INVOICE**

| ACCT. | DESCRIPTIONS | QTY | UNIT PRICE | TOTAL AMOUNT | REF/REMARKS |
|---|---|---|---|---|---|
| 3039 | CREW MEMBERS WAGES | | | $ - | |
| 3040 | PORT ENTRY/DOCKAGE | | | $ 315.00 | 05/25-05/29/00 |
| 3030 | WATER | | | $ 126.10 | |
| 3031 | CASH ADVANCE | | | $ - | |
| 3032 | PILOTAGE/TUG  WHARFAGE | 5555 | | $ 19.45 | |
| 5030 | BOXES | 49 | | $ 882.00 | |
| 3033 | CUSTOMS O/T | | | $ 142.90 | |
| 3034 | HOSPITAL/MEDICATION | | | $ - | |
| 5010 | OPERATION | 5555 | | $ 1,110.00 | |
| 3033 | CUSTOMS EXPORT DOCUMENTATION | | | $ 150.00 | |
| 5030 | DRY / GEL ICE | 200 | | $ 340.00 | |
| 7060 | COMMUNICATIONS (TEL. FAX) | | | $ 131.50 | |
| 3035 | CARGO FARE | 4982 | | $ 5,231.10 | |
| 3036 | OIL SUPPLY  E/O-10 HYD-2 | 12 | | $ 540.00 | |
| 3036 | BUNKER:  7360 GAL | | | $ 7,654.40 | |
| 3037 | BAIT SUPPLY | | | $ - | |
| 3032 | REPAIRS  RUBBISH TRASH | | | $ 155.00 | |
| 3037 | PROVISIONS | | | | |
| 3037 | EQUIPMENT SUPPLY ABSORBENT SHEET | 5 | | $ 175.00 | |
| 5020 | AGENCY FEES | | | $ 450.00 | |
| 7201 | STORAGE FEES  LP GAS | 1 | | $ 65.00 | |
| 3035 | CREW MEMBERS TICKETS | 1 | | $ 310.80 | |
| 3040 | OTHERS | | | | |
| | SUB TOTAL: | | | $ 17,798.25 | |
| | DEDUCTIONS | | | | |
| | FINANCE CHARGE (2.5%) | | | | |
| | TOTAL: | | | $ 17,798.25 | |
| | PAID  REJECTS | 963 | | $ 577.80 | |
| | BALANCE DUE FOR REMITTANCE | | | $ 17,220.45 | *Paid 10,000.45 pending 7 mo* |

I CERTIFY THAT THE ABOVE IS TRUE AND CORRECT, AND THAT PAYMENT THEREFORE HAS NOT BEEN RECEIVED. PAYMENT DUE UPON PRESENTATION . ANY UNPAID INVOICE 30 DAYS AFTER RECEIPT OF THE SAME SHALL ACCRUE INTEREST AT A RATE OF 2.5% PER MONTH.

CERTIFYING OFFICER

株式会社 沖縄銀行 御中
TO: THE BANK OF OKINAWA, LTD.

外国送金依頼書 （リピートサービス専用）
(APPLICATION FOR REMITTANCE)

PRE PRINTED APPLICATION FORM

出力印字をご確認のうえ、太わくをご記入ください。(Please fill out, thick-lined boxes after confirming the pre printed letters.)
該当事項に×印をおつけください。(Please mark, with × where pertinent.)

| | |
|---|---|
| 送金種類 (REMITTANCE BY) | [×] 電信送金 (TELEGRAPHIC TRANSFER) |
| | 301- DATE: 2000 2 18 |
| | 予約使用の場合 (FORWARD EXCHANGE) 金額 (AMOUNT) 予約NO (CONT.NO) |

該当事項に×印をおつけください。
☐ 通知払 (ADVISE & PAY)　☑ 口座振込 (ADVISE & CREDIT)　☐ 請求払 (PAY ON APPLICATION)

通貨 (CURRENCY): 金額 (AMOUNT):
USD　79,530

費用 (CHARGES DUE TO PAYING BANK TO BE BORNE BY)
☐ 受取人負担 (PAYEE)
☐ 依頼人負担 (APPLICANT)

12. 7. 19
T-3

依頼人 (APPLICANT)

氏名 (NAME)
IRABU MAGURO SENGYO KUMIAI

住所 (ADDRESS)
伊良部鮪船主組合
那覇市港町１丁目１番27号（2階）
TEL (098)861-0064
氏名又は名称 (NAME)
組合長理事 我那覇清治

ご依頼の条件に従い、外国送金を依頼します。（初めてご記入ください）
(PLEASE MAKE THE REMITTANCE UNDER THE CONDITIONS MENTIONED ON THE BACK HEREOF.)

送金目的および（許可）番号 (PURPOSE & LICENSE NO.)

受取人宛通知事項 (MESSAGE TO PAYEE)

受取人 (PAYEE)

銀行名 支店名 国名
BANK OF HAWAII
AGANA GUAM

口座番号
0038-05-2596

氏名 (NAME)
MARUWA SHOKAI GUAM INC
P.O. BOX 22322 G.M.F. GUAM
U.S.A. 96921

住所 (ADDRESS)

※ 上記送金委託につきましての内容変更、組戻しまたは解除の場合など、当行が交付し
ました本書類を含む計算書は、後日提出していただくことがありますので、大切に保
管して下さい。

一3月平和丸　20,000
また 恵壹丸　 910,000
また 喜丸　 2P.8P2.03
また 福智丸 20,657.20  (5/21定金
(9,617.20)　オーバー
9P.530.13

お客様控
COPY FOR APPLICANT

18



**MARUWA SHOKAI GUAM INC.**
丸和商会

P. O. BOX 23323 G.M.F.
GUAM 96921 U.S.A.
TEL: (671) 477-5445/6
FAX: (671) 477-5447

**INVOICE**

INVOICE NO.: **4449**
VESSEL : **YOKO MARU #35**
PORT ARV : **GUAM**
DATE ARV : **6/26/00**
DATE DEP : **7/1/00**
DATE INV : **7/11/00**

| ACCT. | DESCRIPTIONS | QTY | UNIT PRICE | TOTAL AMOUNT | REF/REMARKS |
|---|---|---|---|---|---|
| 3039 | CREW MEMBERS WAGES | | | $ - | |
| 3040 | PORT ENTRY/DOCKAGE | | | $ 330.00 | 6/26-7/01/00 |
| 3030 | WATER | | | $ 130.80 | |
| 3031 | CASH ADVANCE | | | $ | |
| 3032 | PILOTAGE/TUG    WHARFAGE | 9918 | | $ 34.71 | |
| 5030 | BOXES | 73 | | $ 1,314.00 | |
| 3033 | CUSTOMS O/T | | | $ 180.00 | |
| 3034 | HOSPITAL/MEDICATION | | | $ - | |
| 5010 | OPERATION | 9918 | | $ 1,983.60 | |
| 3033 | CUSTOMS EXPORT DOCUMENTATION | | | $ 150.00 | |
| 5030 | DRY / GEL ICE | 280 | | $ 327.60 | |
| 7060 | COMMUNICATIONS (TEL. FAX) | | | $ 160.80 | |
| 3035 | CARGO FARE | 7442 | | $ 8,558.30 | |
| 3036 | OIL SUPPLY | 8 | | $ 360.00 | |
| 3036 | BUNKER:    GAL | 7972 | | $ 8,290.88 | |
| 3037 | BAIT SUPPLY | | | $ - | |
| 3032 | REPAIRS    RUBBISH TRASH | | | $ 155.00 | |
| 3037 | PROVISIONS | | | | |
| 3037 | EQUIPMENT SUPPL ABSORBENT SHEET | 6 | | $ 330.00 | |
| 5020 | AGENCY FEES | | | $ 450.00 | |
| 7201 | STORAGE FEES | | | | |
| 3035 | CREW MEMBERS TICKETS | 3 | | $ 1,326.00 | |
| 3040 | OTHERS    (VOY 5/25-5/29/00) | | | $ 7,000.00 | not paid |
| | SUB TOTAL: | | | $ 31,081.69 | |
| | DEDUCTIONS | | | | |
| | FINANCE CHARGE (2.5%) | | | | |
| | TOTAL: | | | $ 31,081.69 | |
| | PAID    REJECTS | 2861 | | $ (1,716.60) | |
| | BALANCE DUE FOR REMITTANCE | | | $ 29,365.09 | Recived 10.00 not paid 12,364 |

I CERTIFY THAT THE ABOVE IS TRUE AND CORRECT, AND THAT PAYMENT THEREFORE HAS NOT BEEN
RECEIVED. PAYMENT DUE UPON PRESENTATION. ANY UNPAID INVOICE 30 DAYS AFTER RECEIPT OF THE
SAME SHALL ACCRUE INTEREST AT A RATE OF 2.5% PER MONTH.

CERTIFYING OFFICER

株式会社 沖縄銀行 御中
TO THE BANK OF OKINAWA, LTD.

**外国送金依頼書** (リピートサービス専用)
(APPLICATION FOR REMITTANCE)

（お願い）太字枠内をご記入ください。(Please fill out thick-lined boxes after confirmof thr pre printed letters.)
訂正部分に×をお書きいただくきさい。(Please mark with X where pertinent.)

| ☒ 電信送金 (TELEGRAPHIC TRANSFER) | | 店番号 | 取引店番号 | |
|---|---|---|---|---|

| □ 送金 小切手 (ISSUE & PAY) | ☒ 口座貸記 (ADVISE & CREDIT) | □ 請求払 (PAY ON APPLICATION) | | 予約番号 (CONTRACT NO.) | 予約相場 (FORWARD EXCHANGE) |

通貨 (CURRENCY)　金額 (AMOUNT)
USD 41,183.25

送金通知手数料
(CHARGES DUE TO PAYEE BANK TO BE BORNE BY)
☑ 受取人負担 (PAYEE)
□ 依頼人負担 (APPLICANT)

12. 9. 11
T-5

IRAGO MAGURO SENCHU KUMIAI

送金目的および許可（承認）番号
(PURPOSE & LICENSE NO.)

送金依頼人の氏名・名称 （ローマ字）
(PLEASE MAKE THE REMITTANCE UNDER THE CONDITIONS MENTIONED ON THE BACK HEREOF)

伊良部鮪船主組合
那覇市港町1丁目1番17号（2階）
TEL (098) 861-0001
組合長理事 我如古 正治

受取人宛送金通知
(MESSAGE TO PAYEE)

BANK OF HAWAII
AGANA GUAM

受取人口座番号 0035-05-1596

MARUWA SHOKAI GUAM INC
P O BOX 20323 G M F GUAM
U S A 96921

※ 上記送金委託につきましての内容変更、組戻しまたは解除の場合など、当行が交付し
ましました本書類を含む計算書は、後日提出していただくことがありますので、大切に保
管して下さい。



**MARUWA SHOKAI GUAM INC.**
丸和商会

P.O. BOX 23323 G.M.F.
GUAM 96921 U.S.A.
TEL: (671) 477-5445/6
FAX: (671) 477-5447

*REVISED !*

**INVOICE**

| | |
|---|---|
| INVOICE NO. : | **4339** |
| VESSEL : | **YOKO MARU 35** |
| PORT ARV : | **GUAM** |
| DATE ARV : | **8/24/00** |
| DATE DEP : | **8/27/00** |
| DATE INV : | **8/28/00** |

| ACCT | DESCRIPTIONS | | QTY | UNIT PRICE | TOTAL AMOUNT | REF/REMARKS |
|---|---|---|---|---|---|---|
| 3039 | CREW MEMBERS WAGES | | | | $ - | |
| 3040 | PORT ENTRY/DOCKAGE | | 4 | | $ 245.00 | 08/24-08/27 |
| 3030 | WATER | | | | | |
| 3031 | CASH ADVANCE | | | | | |
| 3032 | PILOTAGE/TUG | WHARFAGE | 9682 | | $ 33.89 | |
| 5030 | BOXES | | 70 | 18 | $ 1,260.00 | |
| 3033 | CUSTOMS O/T | | | | $ 118.00 | |
| 3034 | HOSPITAL/MEDICATION | | | | $ - | |
| 5010 | OPERATION | | 9682 | | $ 1,936.40 | |
| 3033 | CUSTOMS EXPORT DOCUMENTATION | | | | $ 155.00 | |
| 5030 | DRY / GEL ICE | | 280 LBS | | $ 327.60 | |
| 7060 | COMMUNICATIONS (TEL. FAX) | | | | $ 160.00 | |
| 3035 | CARGO FARE | | 7258 KGS | | $ 8,346.70 | |
| 3036 | OIL SUPPLY | | 9 E/H OIL | | $ 405.00 | |
| 3036 | BUNKER: | GAL | 6434 GAL | | $ 6,691.36 | |
| 3037 | BAIT SUPPLY | | | | $ - | |
| 3032 | REPAIRS | RUBBISH TRASH | | | $ 155.00 | |
| 3037 | PROVISIONS | ABSORBENT | 5 | | $ 225.00 | |
| 3037 | EQUIPMENT SUPPLY | LP GAS | 1 | | $ 65.00 | |
| 5020 | AGENCY FEES | | | | $ 450.00 | |
| 7201 | STORAGE FEES | | | | $ - | |
| 3035 | CREW MEMBERS TICKETS | | 1 | | $ 602.36 | 21,186.31 |
| 3040 | OTHERS | BALANCE FROM VOYAGE 6/29 | | | $ 19,365.09 | not paid |
| | SUB TOTAL: | | | | $ 40,541.40 | |
| | DEDUCTIONS | | | | | |
| | FINANCE CHARGE (2.5%) | | | | | |
| | TOTAL: | | | | $ 40,541.40 | (this inv.) |
| | PAID | REJECTS | 3059 | | $ 1,835.40 | total 93409 ! |
| | **BALANCE DUE FOR REMITTANCE** | | | | $ 38,706.00 | 23 940.91 |

I CERTIFY THAT THE ABOVE IS TRUE AND CORRECT, AND THAT PAYMENT THEREFORE HAS NOT BEEN
RECEIVED. PAYMENT DUE UPON PRESENTATION. ANY UNPAID INVOICE 30 DAYS AFTER RECEIPT OF THE
SAME SHALL ACCRUE INTEREST AT A RATE OF 2.5% PER MONTH.

CERTIFYING OFFICER

株式会社 沖縄銀行 御中

## 外国送金依頼書 （リピートサービス専用）
### (APPLICATION FOR REMITTANCE)

←PRE PRINTED APPLICATION FORM

出力印字をご確認のうえ、太枠内をご記入ください。(Please fill out thick-lined boxes after confirming the pre printed letters.)
該当事項に×印をおつけください。(Please mark with X where pertinent.)



※ 上記送金委託につきましての内容変更、組戻しまたは解除の場合など、当行が交付し
ました本書類を含む計算書は、後日提出していただくことがありますので、大切に保
管して下さい。

第5 裕巻丸   25,317.⁶⁶ Yusei
38 善考丸   26,927.¹¹ Zenko
第28竞丸   13,515.⁶⁶ (残波 140m竹) Katsu
第35容丸   10,748.⁶⁶ (残内 74.000竹) Yoko
      76,508⁰⁰

### お客様控
COPY FOR APPLICANT

80-046 (6/6) (12-6) A4



**MARUWA SHOKAI GUAM INC.**
丸和商会

P.O. BOX 23323 G.M.F.
GUAM 96921 U.S.A.
TEL: (671) 477-5445/6
FAX: (671) 477-5447

**INVOICE**

| | | |
|---|---|---|
| INVOICE NO.: | | 4443 |
| VESSEL | : | **YOKO MARU 35** |
| PORT ARV | : | **GUAM** |
| DATE ARV | : | **1/31/01** |
| DATE DEP | : | **2/4/01** |
| DATE INV | : | **2/5/01** |

| ACCT. | DESCRIPTIONS | | QTY | UNIT PRICE | TOTAL AMOUNT | REF/REMARKS |
|---|---|---|---|---|---|---|
| 3039 | CREW MEMBERS WAGES | | | | $          - | |
| 3040 | PORT ENTRY/DOCKAGE | | 4 | 5 | $      245.00 | 01/31-02/04 |
| 3030 | WATER | | | | $      118.00 | |
| 3031 | CASH ADVANCE | | | | | |
| 3032 | PILOTAGE/TUG | WHARFAGE | 7908 | | $        27.68 | |
| 5030 | BOXES | | 70 | | $   1,260.00 | |
| 3033 | CUSTOMS O/T | | | | $      118.00 | |
| 3034 | HOSPITAL/MEDICATION | DEPT OF AGRICULTURE | | | $        80.00 | |
| 5010 | OPERATION | | 7908 | | $   1,581.60 | |
| 3033 | CUSTOMS EXPORT DOCUMENTATION | | | | $      155.00 | |
| 5030 | DRY / GEL ICE | DRY ICE | 300 LBS | | $      450.00 | |
| 7060 | COMMUNICATIONS (TEL. FAX) | | | | $      160.00 | |
| 3035 | CARGO FARE | | 7288 KGS | | $   8,358.20 | |
| 3036 | OIL SUPPLY | | 10 E/H OIL | | $      450.00 | |
| 3036 | BUNKER: | GAL | 8681 GAL | | $ 11,632.54 | |
| 3037 | BAIT SUPPLY | | | | $          - | |
| 3032 | REPAIRS | RUBBISH TRASH | | | $      214.08 | |
| 3037 | PROVISIONS | ABSORBENT | 6 | | $      270.00 | |
| 3037 | EQUIPMENT SUPPLY | LP GAS | 1 | | $        65.00 | |
| 5020 | AGENCY FEES | | | | $      450.00 | |
| 7201 | STORAGE FEES | | | | $          - | |
| 3035 | CREW MEMBERS TICKETS | | | | | |
| 3040 | OTHERS | | | | | |
| | SUB TOTAL: | PREVIOUS BALANCE | | | $   ~~5,000.00~~  not pd | |
| | | | | | $ 30,635.10 | |
| | DEDUCTIONS | | | | | |
| | FINANCE CHARGE (2.5%) | | | | | |
| | TOTAL: | | | | $ 30,635.10 | |
| | PAID | REJECTS | 1476 | | $      885.60 | |
| | **BALANCE DUE FOR REMITTANCE** | | | | $ 29,749.50 | B.AL not paid this vey $14,000.- |

TOTAL 24,749.50

I CERTIFY THAT THE ABOVE IS TRUE AND CORRECT, AND THAT PAYMENT THEREFORE HAS NOT BEEN
RECEIVED. PAYMENT DUE UPON PRESENTATION. ANY UNPAID INVOICE 30 DAYS AFTER RECEIPT OF THE
SAME SHALL ACCRUE INTEREST AT A RATE OF 2.5% PER MONTH.

paid 10,749.!
that 14,000.!

CERTIFYING OFFICER

23

株式会社 沖縄銀行 御中
TO THE BANK OF OKINAWA, LTD.

外 電 送 金 依 頼 書
(APPLICATION FOR REMITTANCE)

| | |
|---|---|
| 依頼日 (DATE) | |

| 送 金 種 類 | 電信送金または郵便送金の場合 (IN CASE OF TELEGRAPHIC OR MAIL TRANSFER) |
|---|---|
| ☒ 電信送金 (TELEGRAPHIC TRANSFER) | ☐ 通知払 (ADVISE AND PAY)　☒ 通知払込 (ADVISE AND CREDIT)　☐ 請求払 (PAY ON APPLICATION) |
| ☐ 郵便送金 (MAIL TRANSFER)（中国向けに限る） | 支払銀行手数料 (CHARGES DUE TO PAYING BANK TO BE BORNE BY) |
| ☐ 送金小切手 (DEMAND DRAFT) | ☒ 受取人負担 (PAYEE)　☐ 依頼人負担 (APPLICANT) |

送金金額 (AMOUNT)　US$ 24,566.-

予約使用の場合 (FORWARD EXCHANGE)
契約番号 (CONT. NO.)
金額 (AMOUNT)

**受取人 (PAYEE)**

氏名又は名称 (NAME)…英文でご記入ください。(IN ENGLISH)

氏名又は名称 (NAME)
OCEAN SHIPPING CORPORATION

住所 (ADDRESS)
P O BOX 2283 96H Guam 96941

お受取人の場合はパスポート№をご記入下さい。(PASSPORT №.)
口座番号 (ACCOUNT NO.)　03 063895

進金目的および許可(済)番号 (PURPOSE & LICENSE NO.)

商品名 (MERCHANDISE)

原産国 (　　　)

**支払銀行 (PAYING BANK)**

受取人が送金を受取る銀行、支店名、都市名をご記入下さい。
FIRST Hawaiian Bank
AGANA BRANCH
都市名(COUNTRY) Guam

**経由銀行**

経由銀行を指定する場合はこゝにご記入下さい。(PAY THROUGH BANK, IF ANY)

受取人宛連絡事項 (MESSAGE TO PAYEE)

裏面記載の条件にしたがい、上記送金を依頼します。(英文でご記入ください)
Please make the above remittance under the conditions mentioned on the back hereof.

ご依頼人の 住 所　　　　　　　　　　　　　(TEL: )

氏名又は 名 称

ご依頼人の署名または記名押印 (SIGNATURE OF APPLICANT)

※　上記送金委託につきましての内容変更、組戻しまたは解除の場合など、当行が交付しました本書類を含む計算書は、後日提出していただくことがありますので、大切に保管して下さい。

お 客 様 控
COPY FOR APPLICANT

4-402 (5/5) (10.4) AM

24

38万

```
   25,422.⁶³
 - 10,898.²²        燃料代
  (14,502⁸¹)
```

水 揚代

```
  34,140.⁰⁰
 - 11,632.⁵⁴        燃料代
   2,367.⁴⁶
```

```
 20,422.⁰⁸  + 2,367⁴⁶ = 22,787.⁵⁵
                        10.0m ⁸¹
```

水 桟登丸

```
   36,893.⁰⁷      水 桟登丸
   22,787.⁵⁵      水 産交丸
   14,524.³¹      38 春坊丸
  計 74,306.P³
```

伊良部鮪船主組合



**MARUWA SHOKAI GUAM INC.**
丸和商会

P.O. BOX 23323 G.M.F.
GUAM 96921 U.S.A.
TEL: (671) 477-5445/6
FAX: (671) 477-5447

**INVOICE**

INVOICE NO. : **4354**
VESSEL : **YOKO MARU**
PORT ARV : **GUAM**
DATE ARV : **3/4/01**
DATE DEP : **3/10/01**
DATE INV : **3/11/01**

| ACCT. | DESCRIPTIONS | | QTY | UNIT PRICE | TOTAL AMOUNT | REF/REMARKS |
|---|---|---|---|---|---|---|
| 3039 | CREW MEMBERS WAGES | | | | $ - | |
| 3040 | PORT ENTRY/DOCKAGE | | 7 | | $ 410.00 | 03/04-03/10 |
| 3030 | WATER | | | | $ 118.00 | |
| 3031 | CASH ADVANCE | | | | | |
| 3032 | PILOTAGE/TUG | WHARFAGE | 15237 | | $ 53.33 | |
| 5030 | BOXES | | 118 | | $ 2,124.00 | |
| 3033 | CUSTOMS O/T | | | | $ 118.00 | |
| 3034 | HOSPITAL/MEDICATION | DEPT OF AGRICULTURE | | | $ 80.00 | |
| 5010 | OPERATION | | 15237 | | $ 2,523.70 | |
| 3033 | CUSTOMS EXPORT DOCUMENTATION | | | | $ 155.00 | |
| 5030 | DRY / GEL ICE | DRY ICE | 350 LBS | | $ 525.00 | |
| 7060 | COMMUNICATIONS (TEL. FAX) | | | | $ 160.00 | |
| 3035 | CARGO FARE | | 12216 KGS | | $ 14,048.40 | |
| 3036 | OIL SUPPLY | | 7 E/H OIL | | $ 315.00 | |
| 3036 | BUNKER: | GAL | 7473 GAL | | $ 10,013.82 | |
| 3037 | BAIT SUPPLY | | | | $ - | |
| 3032 | REPAIRS | RUBBISH TRASH | | | $ 214.08 | |
| 3037 | PROVISIONS | ABSORBENT | 10 | | $ 450.00 | |
| 3037 | EQUIPMENT SUPPLY | LP GAS | 2 | | $ 130.00 | |
| 5020 | AGENCY FEES | | | | $ 450.00 | |
| 7201 | STORAGE FEES | | 1 | | $ 135.00 | new tank |
| 3035 | CREW MEMBERS TICKETS | | | | $ 1,054.38 | |
| 3040 | OTHERS | | | | | |
| | SUB TOTAL: | | | | $ 33,077.69 | |
| | DEDUCTIONS | | | | | |
| | FINANCE CHARGE (2.5%) | | | | | |
| | TOTAL: | | | | $ 33,077.69 | |
| | PAID | REJECTS | 4426 | | $ 2,655.60 | |
| | **BALANCE DUE FOR REMITTANCE** | | | | $ 30,422.09 | |

I CERTIFY THAT THE ABOVE IS TRUE AND CORRECT, AND THAT PAYMENT THEREFORE HAS NOT BEEN RECEIVED. PAYMENT DUE UPON PRESENTATION. ANY UNPAID INVOICE 30 DAYS AFTER RECEIPT OF THE SAME SHALL ACCRUE INTEREST AT A RATE OF 2.5% PER MONTH.

CERTIFYING OFFICER

26

株式会社 沖縄銀行 御中
To THE BANK OF OKINAWA, LTD.

(APPLICATION FOR REMITTANCE)

DATE: 200_ _ _ /_ /_ _

| 送 金 種 類 | |
|---|---|
| 電信送金 (TELEGRAPHIC TRANSFER) | |
| 郵便送金 (MAIL TRANSFER) | |
| 送金小切手 (DEMAND DRAFT) | |

支払方法
□ ADVISE AND PAY □ ADVISE AND CREDIT □ PAY ON APPLICATION

手数料負担区分 (CHARGES PAYABLE TO HAVING BANK TO BE BORNE BY)
☒ 受取人負担 (PAYEE) □ 依頼人負担 (APPLICANT)

金額
(AMOUNT)    USD  30,099.84

受取人 (NAME)
KOWAN SHIPPING CORPORATION

住所
PO BOX 2335 GMF GUAM 96821

受取人取引銀行 (PAYEE AT BANK)
03-063895

お支払い理由 (PURPOSE & DETAILS OF PAYMENT)
商品名 MERCHANDISE

送金目的 (FORWARD EXCHANGED)

※ 上記送金委託につきましての内容変更、組戻しまたは解除の場合など、当行が交付し
ました本書類を含む計算書は、後日提出していただくことがありますので、大切に保
管して下さい。

ご依頼人
住 所   伊良部鮪船主組合
       那覇市港町1丁目1番27号 (2階)
       TEL (098)861-0064
氏名又は
名 称    組合長理事 我那覇治清
ご依頼人のお名前またはお名称 (SIGNATURE OF APPLICANT)

第35容光丸原 30,099.84 (25,770 + 5,375)

Credit to Statement
on 4/11/01

COPY FOR APPLICANT

4-402 '5/6' ('0.0) 44

Case 1:04-cv-00034   Document 17   Filed 08/06/2004   Page 36 of 45

27

38

$25,422.^{63}$

$- 10,898.^{32}$  燃料代

$( 14,524.^{31} )$

水代金

$33,14,000.^{00}$

$- 11,632.^{54}$  燃料代

$2,367.^{46}$

$20,422.^{09} + 2,367.^{46} = 22,789.^{55}$

$10,000.^{00}$ 弁当

$36,893.^{07}$  水揚代金

$22,789.^{55}$  水産売上

$14,524.^{31}$  3月分給料

計 $74,306.^{93}$

伊良部鮪船主組合



# MARUWA SHOKAI GUAM INC.
丸和商会

P.O. BOX 23323 G.M.F.
GUAM 96921 U.S.A.
TEL: (671) 477-5445/6
FAX: (671) 477-5447

**INVOICE**

INVOICE NO.: **4360**
VESSEL : **YOKO MARU 35**
PORT ARV : **GUAM**
DATE ARV : **4/5/01**
DATE DEP : **4/12/01**
DATE INV : **4/10/01**

| ACCT. | DESCRIPTIONS | QTY | UNIT PRICE | TOTAL AMOUNT | REF/REMARKS |
|---|---|---|---|---|---|
| 3039 | CREW MEMBERS WAGES | | | $ - | |
| 3040 | PORT ENTRY/DOCKAGE | 8 | | $ 465.00 | 04/05-04/12 |
| 3030 | WATER | | | $ 118.00 | |
| 3031 | CASH ADVANCE | | | | |
| 3032 | PILOTAGE/TUG          WHARFAGE | 11822 | | $ 41.38 | |
| 5030 | BOXES | 94 | | $ 1,692.00 | |
| 3033 | CUSTOMS O/T | | | $ 118.00 | |
| 3034 | HOSPITAL/MEDICATION   DEPT OF AGRICULTURE | | | $ 80.00 | |
| 5010 | OPERATION | 11822 | | $ 2,182.20 | |
| 3033 | CUSTOMS EXPORT DOCUMENTATION | | | $ 155.00 | |
| 5030 | DRY / GEL ICE         DRY ICE | 310 LBS | | $ 465.00 | |
| 7060 | COMMUNICATIONS (TEL. FAX) | | | $ 160.00 | |
| 3035 | CARGO FARE | 9741 KGS | | $ 11,202.15 | |
| 3036 | OIL SUPPLY | 13 E/H OIL | | $ 585.00 | |
| 3036 | BUNKER:            GAL | 6800 GAL | | $ 9,112.00 | |
| 3037 | BAIT SUPPLY | | | $ - | |
| 3032 | REPAIRS            RUBBISH TRASH | | | $ 214.08 | |
| 3037 | PROVISIONS         ABSORBENT | 8 | | $ 360.00 | |
| 3037 | EQUIPMENT SUPPLY   LP GAS | 2 | | $ 130.00 | |
| 5020 | AGENCY FEES | | | $ 450.00 | |
| 7201 | STORAGE FEES | | | $ - | |
| 3035 | CREW MEMBERS TICKETS *Mh & 14hs* | *X 2* | | *$302.92 are pending 4/4/01* | |
| 3040 | OTHERS              HOSPITAL CAPTAIN | | | $ 390.00 | |
| | SUB TOTAL: | | | $ 27,919.81 | |
| | DEDUCTIONS | | | | |
| | FINANCE CHARGE (2.5%) | | | | |
| | TOTAL: | | | $ 27,919.81 | |
| | PAID          REJECTS | 3202 | | $ 1,921.20 | |
| | **BALANCE DUE FOR REMITTANCE** | | | $ 25,998.61 | |

I CERTIFY THAT THE ABOVE IS TRUE AND CORRECT, AND THAT PAYMENT THEREFORE HAS NOT BEEN RECEIVED. PAYMENT DUE UPON PRESENTATION. ANY UNPAID INVOICE 30 DAYS AFTER RECEIPT OF THE SAME SHALL ACCRUE INTEREST AT A RATE OF 2.5% PER MONTH.

CERTIFYING OFFICER

29



※ 上記送金委託につきましての内容変更、組戻しまたは解除の場合など、当行が交付しました本書類を含む計算書は、後日提出していただくことがありますので、大切に保管して下さい。



お客様控
COPY FOR APPLICANT

**MARUWA SHOKAI GUAM INC.**
丸和商会

P. O. BOX 23323 G.M.F.
GUAM 96921 U.S.A.
TEL: (671) 477-5445/6
FAX: (671) 477-5447

INV 4390 AMOUNT = 8,154.16
REJECTS 09/01 = (1,240.70)
REJECTS 10/24 = (2,183.40)
BALANCE = 4,730.06

**INVOICE**

| INVOICE NO. : | 4392 |
|---|---|
| VESSEL : | YOKO MARU 35 |
| PORT ARV : | GUAM |
| DATE ARV : | 10/24/01 |
| DATE DEP : | 10/27/01 |
| DATE INV : | 10/26/01 |

| ACCT. | DESCRIPTIONS | | QTY | UNIT PRICE | TOTAL AMOUNT | REF/REMARKS |
|---|---|---|---|---|---|---|
| 3039 | CREW MEMBERS WAGES | | | | $ - | |
| 3040 | PORT ENTRY/DOCKAGE | | | 4 | $ 245.00 | 10/24-10/27/01 |
| 3030 | WATER | | | | $ 118.00 | |
| 3031 | CASH ADVANCE | | | | | |
| 3032 | PILOTAGE/TUG | WHARFAGE | 11347 | | $ 39.71 | |
| 5030 | BOXES | | 75 | | $ 1,350.00 | |
| 3033 | CUSTOMS O/T | | | | $ 118.00 | |
| 3034 | HOSPITAL/MEDICATION | DEPT OF AGRICULTURE | | | $ 120.00 | |
| 5010 | OPERATION | | 11347 | | $ 2,134.70 | |
| 3033 | CUSTOMS EXPORT DOCUMENTATION | | | | $ 155.00 | |
| 5030 | DRY / GEL ICE | DRY ICE | 300 LBS | | $ 450.00 | |
| 7060 | COMMUNICATIONS (TEL. FAX) | | | | $ 80.00 | |
| 3035 | CARGO FARE | | 7950 KGS | | $ 9,222.00 | |
| 3036 | OIL SUPPLY | | 17 E/H OIL | | $ 765.00 | |
| 3036 | BUNKER: | GAL | 6726 | | $ 9,012.84 | |
| 3037 | BAIT SUPPLY | | CS | | $ - | |
| 3032 | REPAIRS | RUBBISH TRASH | | | $ 214.08 | |
| 3037 | PROVISIONS | ABSORBENT | 5 | | $ 225.00 | |
| 3037 | EQUIPMENT SUPPLY | LP GAS | 2 | | $ 130.00 | |
| 5020 | AGENCY FEES | | | | $ 450.00 | |
| 7201 | STORAGE FEES | | | | | |
| 3035 | CREW MEMBERS TICKETS | | | | $ 1,082.36 | |
| 3040 | OTHERS | | | | | |
| | SUB TOTAL: | | | | $ 25,911.69 | |
| | DEDUCTIONS | REJECTS LAST INVOICE | | | on AUG INV D# 2067 | |
| | FINANCE CHARGE (2.5%) | | | | | |
| | TOTAL: | | | | $ 25,911.69 | |
| | PAID | REJECTS | 4311 | | | |
| | **BALANCE DUE FOR REMITTANCE** | | | | $ 25,911.69 | Out Stand 5,911.69 |

I CERTIFY THAT THE ABOVE IS TRUE AND CORRECT, AND THAT PAYMENT THEREFORE HAS NOT BEEN RECEIVED. PAYMENT DUE UPON PRESENTATION . ANY UNPAID INVOICE 30 DAYS AFTER RECEIPT OF THE SAME SHALL ACCRUE INTEREST AT A RATE OF 2.5% PER MONTH.

PLEASE SEND FULL AMOUNT
ON MONDAY
THANK YOU

CERTIFYING OFFICER

31



**MARUWA SHOKAI GUAM INC.**
丸和商会

P. O. BOX 23323 G.M.F.
GUAM 96921 U.S.A.
TEL: (671) 477-5445/6
FAX: (671) 477-5447

Att. 6. a

**INVOICE**

| INVOICE NO. : | **4396** |
|---|---|
| VESSEL : | **YOKO MARU 35** |
| PORT ARV : | **GUAM** |
| DATE ARV : | **11/29/01** |
| DATE DEP : | **12/1/01** |
| DATE INV : | **12/1/01** |

| ACCT. | DESCRIPTIONS | | QTY | UNIT PRICE | TOTAL AMOUNT | REF/REMARKS |
|---|---|---|---|---|---|---|
| 3039 | CREW MEMBERS WAGES | | | | $ - | |
| 3040 | PORT ENTRY/DOCKAGE | | 3 | | $ 190.00 | 11/29-12/01/01 |
| 3030 | WATER | | | | $ 118.00 | |
| 3031 | CASH ADVANCE | | | | | |
| 3032 | PILOTAGE/TUG | WHARFAGE | 8749 | | $ 30.62 | |
| 5030 | BOXES | | 63 | | $ 1,134.00 | |
| 3033 | CUSTOMS O/T | | | | $ 118.00 | |
| 3034 | HOSPITAL/MEDICATION | DEPT OF AGRICULTURE | | | $ 120.00 | |
| 5010 | OPERATION | | 8749 | | $ 1,749.80 | |
| 3033 | CUSTOMS EXPORT DOCUMENTATION | | | | $ 155.00 | |
| 5030 | DRY / GEL ICE | DRY ICE | 180 LBS | | $ 270.00 | |
| 7060 | COMMUNICATIONS (TEL. FAX) | | | | $ 80.00 | |
| 3035 | CARGO FARE | | 6323 KGS | | $ 9,105.12 | |
| 3036 | OIL SUPPLY | | 5 E/H OIL | | $ 225.00 | |
| 3036 | BUNKER: | GAL | 6545 | | $ 8,770.30 | |
| 3037 | BAIT SUPPLY | | CS | | $ - | |
| 3032 | REPAIRS | RUBBISH TRASH | | | $ 214.08 | |
| 3037 | PROVISIONS | ABSORBENT | 4 | | $ 180.00 | |
| 3037 | EQUIPMENT SUPPLY | LP GAS | 2 | | $ 130.00 | |
| 5020 | AGENCY FEES | | | | $ 450.00 | |
| 7201 | STORAGE FEES | | | | | |
| 3035 | CREW MEMBERS TICKETS | | | | $ 1,082.36 | |
| 3040 | OTHERS | | | | $ 55.00 | |
| | SUB TOTAL: | RAT GUARD | | | $ 24,177.28 | |
| | DEDUCTIONS | | | | | |
| | FINANCE CHARGE (2.5%) | | | | | |
| | TOTAL: | | | | $ 24,177.28 | |
| | PAID | REJECTS | 2952 | | Deducted in aug Inv. | |
| | BALANCE DUE FOR REMITTANCE | | | | $ 24,177.28 | Received 10,000. |

I CERTIFY THAT THE ABOVE IS TRUE AND CORRECT, AND THAT PAYMENT THEREFORE HAS NOT BEEN RECEIVED. PAYMENT DUE UPON PRESENTATION. ANY UNPAID INVOICE 30 DAYS AFTER RECEIPT OF THE SAME SHALL ACCRUE INTEREST AT A RATE OF 2.5% PER MONTH.

CERTIFYING OFFICER

# MARUWA SHOKAI GUAM INC.
## 丸和商会

P. O. BOX 23323 G.M.F.
GUAM 96921 U.S.A.
TEL: (671) 477-5445/6
FAX: (671) 477-5447

**INVOICE**

| INVOICE NO.: | **4376** |
|---|---|
| VESSEL | : **YOKO MARU 35** |
| PORT ARV | : **GUAM** |
| DATE ARV | : **8/8/01** |
| DATE DEP | : **8/11/01** |
| DATE INV | : **8/13/01** |

| ACCT. | DESCRIPTIONS | QTY | UNIT PRICE | TOTAL AMOUNT | REF/REMARKS |
|---|---|---|---|---|---|
| 3039 | CREW MEMBERS WAGES | | | $ - | |
| 3040 | PORT ENTRY/DOCKAGE | 4 | | $ 245.00 | 08/08-08/11/01 |
| 3030 | WATER | | | | |
| 3031 | CASH ADVANCE | | | | |
| 3032 | PILOTAGE/TUG   WHARFAGE | 0 | | $ | |
| 5030 | BOXES | 0 | | $ | |
| 3033 | CUSTOMS O/T | | | $ 118.00 | |
| 3034 | HOSPITAL/MEDICATION   DEPT OF AGRICULTURE | | | $ 120.00 | |
| 5010 | OPERATION | 0 | | | |
| 3033 | CUSTOMS EXPORT DOCUMENTATION | | | | |
| 5030 | DRY / GEL ICE   DRY ICE | 0 LBS | | $ - | |
| 7060 | COMMUNICATIONS (TEL, FAX) | | | | |
| 3035 | CARGO FARE | 0 KGS | | $ - | |
| 3036 | OIL SUPPLY | 5 E/H OIL | | $ 225.00 | |
| 3036 | BUNKER:   GAL | 5124 | | $ 6,866.16 | |
| 3037 | BAIT SUPPLY | 0 CS | | $ - | |
| 3032 | REPAIRS   RUBBISH TRASH | | | | |
| 3037 | PROVISIONS   ABSORBENT | 0 | | $ - | |
| 3037 | EQUIPMENT SUPPLY   LP GAS | 2 | | $ 130.00 | |
| 5020 | AGENCY FEES | | | $ 450.00 | |
| 7201 | STORAGE FEES | | | | |
| 3035 | CREW MEMBERS TICKETS | | | | |
| 3040 | OTHERS | | | | |
| | SUB TOTAL: | | | $ 8,154.16 | |
| | DEDUCTIONS | | | | |
| | FINANCE CHARGE (2.5%) | | | | |
| | TOTAL: | | | $ 8,154.16 | |
| | PAID   REJECTS | | | | |
| | **BALANCE DUE FOR REMITTANCE** | | | $ 8,154.16 | |

I CERTIFY THAT THE ABOVE IS TRUE AND CORRECT, AND THAT PAYMENT THEREFORE HAS NOT BEEN RECEIVED. PAYMENT DUE UPON PRESENTATION. ANY UNPAID INVOICE 30 DAYS AFTER RECEIPT OF THE SAME SHALL ACCRUE INTEREST AT A RATE OF 2.5% PER MONTH.

PLS REMIT TO
FIRST HAWAIIAN BANK
ACCT # 03-06-3895

CERTIFYING OFFICER

33

# Yoko Maru #35
## Unpaid Account
### Chargeable Interest and Statement

| | |
|---|---|
| Balance as of December 2001 | USD 81,825.94 |
| Interest begins March 2002 | USD 2,045.65 |
| Total amount with Interest | USD 83,871.59 |
| | |
| Month of April 2002 | USD 2,096.79 |
| Total amount with Interest | USD 85,968.38 |
| | |
| Month of May 2002 | USD 2,149.21 |
| Total amount with Interest | USD 88,117.59 |
| | |
| Month of June 2002 | USD 2,202.94 |
| Total amount with Interest | USD 90,320.53 |
| | |
| Month of July 2002 | USD 2,258.01 |
| Total amount with Interest | USD 92,578.54 |
| | |
| Month of August 2002 | USD 2,314.46 |
| Total amount with Interest | USD 94.893.00 |
| | |
| Month of September 2002 | USD 2,372.32 |
| Total amount with Interest | USD 97,265.32 |
| | |
| Month of October 2002 | USD 2,431.63 |
| Total amount with Interest | USD 99,696.95 |
| | |
| Month of November 2002 | USD 2,492.42 |
| Total amount with Interest | USD 102,189.37 |
| | |
| Month of December2002 | USD 2,554.73 |
| Total amount with Interest | USD 104,744.10 |
| | |
| Month of January 2003 | USD 2,618.60 |
| Total amount with Interest | USD 107,362.70 |
| | |
| Month of February 2003 | USD 2,684.06 |
| Total amount with Interest | USD 110,046.76 |
| | |
| Month of March 2003 | USD 2,751.17 |
| Total amount with Interest | USD 112,797.93 |



Exhibit 4

| | |
|---|---|
| Month of April 2003 | USD 2,819.95 |
| Total amount with Interest | USD 115,617.88 |
| | |
| Month of May 2003 | USD 2,890.45 |
| Total amount with Interest | USD 118,508.33 |
| | |
| Month of June 2003 | USD 2,962.71 |
| Total amount with Interest | USD 121,471.04 |
| | |
| Month of July 2003 | USD 3,036.77 |
| Total amount with Interest | USD 124,507.81 |
| | |
| Month of August 2003 | USD 3,112.69 |
| Total amount with Interest | USD 127,620.50 |
| | |
| Month of September 2003 | USD 3,190.51 |
| Total amount with Interest | USD 130,811.01 |
| | |
| Month of October 2003 | USD 3,270.27 |
| Total amount with Interest | USD 134,081.28 |
| | |
| Month of November 2003 | USD 3,352.03 |
| Total amount with Interest | USD 137,433.31 |
| | |
| Month of December 2003 | USD 3,435.83 |
| Total amount with Interest | USD 140,869.14 |
| | |
| Month of January 2004 | USD 3,521.73 |
| Total amount with Interest | USD 144,390.87 |
| | |
| Month of February 2004 | USD 3,609.77 |
| Total amount with Interest | USD 148,000.64 |
| | |
| Month of March 2004 | USD 3,700.65 |
| Total amount with Interest | USD 151,700.65 |
| | |
| Month of April 2004 | USD 3,792.51 |
| Total amount with Interest | USD 155,493.16 |
| | |
| Month of May 2004 | USD 3,887.33 |
| Total amount with Interest | USD 159,380.49 |
| | |
| Month of June 2004 | USD 3,984.51 |
| Total amount with Interest | USD 163,365.00 |

| | |
|---|---|
| Month of July 2004 | USD 4,084.12 |
| Total amount with Interest | USD 167,449.12 |
| ***Payment Received Wire on July 14, 2004 | USD (19,985.00) |
| Total amount unpaid by F/V #35 Yoko Maru as of July 2004 | USD 147,462.12 |