CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
J.PATRICK MASON
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
F/V Yoko Maru #35

FILED
DISTRICT COURT OF GUAM
AUG - 6 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MARUWA SHOKAI GUAM, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc.,<br><br>Defendant. | CIVIL CASE NO. CIV04-00034<br><br>**ORDER GRANTING APPLICATION FOR RELEASE OF VESSEL** |

Pursuant to Defendant's Application for Release of Vessel and after careful consideration of the pleadings and arguments of Counsel presented during the Adversary Hearing on August 6, 2004.

**IT IS HEREBY ORDERED** that Defendants Application for Release of Vessel is GRANTED. The United States Marshal is hereby instructed to release the F/V YOKO MARU #35 from arrest.

Plaintiff is hereby **ORDERED** to submit a bond to the Court in the amount of $100,000.00 upon the signing of this Order.

**IT IS FURTHER ORDERED** that upon the deposit of such sums, the Clerk deposit the amount of $100,000 treasury account, said funds to remain on deposit pending further order of the Court.

**IT IS FURTHER ORDERED** that Counsel presenting this Order personally serve a copy thereof on the Clerk of Court or the Chief Deputy Clerk. Absent the aforesaid service, the Clerk of Court is hereby relieved from any personal liability relative to compliance with this Order.

SO ORDERED: August 6, 2004

~~DESIGNATED~~ JUDGE
DISTRICT COURT OF GUAM

RECEIVED
AUG - 6 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM