DISTRICT COURT OF GUAM

TERRITORY OF GUAM

MARUWA SHOKAI GUAM, INC.,

Plaintiff,

vs.

F/V/YOKO MARU #35, its
engines, gear, appliances, generators,
machines, equipment,
furnishings, tackle, catch, etc.,
Defendant.

Civil Case No. 04-00034

ERRATUM

The Court hereby AMENDS the Order Granting Application for Release of Vessel (Docket No. 17, August 6, 2004) by replacing the word "Plaintiff" on the last paragraph of page 1 with the word "Defendant."

SO ORDERED this 16th day of August, 2004.

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge