VAN DE VELD SHIMIZU CANTO & FISHER
Attorneys At Law
Suite 101, Dela Corte Bldg.
**167 East Marine Corps Drive**
Hagåtña, Guam 96910
Office: (671) 472-1131
Facsimile: (671) 472-2886

Attorneys for Plaintiff:
MARUWA SHOKAI GUAM, INC.

FILED
DISTRICT COURT OF GUAM
SEP 3 0 2004
MARY L. M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT COURT OF GUAM

| | |
|---|---|
| MARUWA SHOKAI GUAM, INC., | ) |
| | ) Case No. CIV04-00034 |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc., | ) **F.R.C.P. RULE 41(a)(1) DISMISSAL WITH STIPULATION AND ORDER IN FURTHERANCE OF THE PARTIES' SETTLEMENT** |
| | ) |
| Defendants. | ) |

**\* \* STIPULATION FOR F.R.C.P. RULE 41(a)(1) DISMISSAL WITH STIPULATION AND ORDER IN FURTHERANCE OF THE PARTIES' SETTLEMENT \* \***

COME NOW Plaintiff MARUWA SHOKAI GUAM, INC., and Defendant F/V YOKO MARU #35, its engines, gear, appliances, generators,

---

SUN Y. CHOI v. F/V YOKO MARU #35, .... Civil Case No. CIV 04-00034
F.R.C.P. RULE 41(a)(1) DISMISSAL WITH STIPULATION AND ORDER IN FURTHERANCE OF THE
PARTIES' SETTLEMENT                                     Page 1

machines, equipment, furnishings, tackle, catch, etc., to stipulate and agree that pursuant to a Settlement between the parties, which Settlement is more fully set forth in other documents not filed in the court, that this action and all claims and defenses made therein, including counterclaims, be dismissed with prejudice pursuant to F.R.C.P. Rule 41(a)(1). The parties further stipulate as an essential element of their settlement that the full amount of the substitute security deposited with the court pursuant to the *ORDER GRANTING APPLICATION FOR RELEASE OF VESSEL*, which security was deposited in lieu of the detention of Defendant vessel, in the original amount of one hundred thousand United States Dollars ($100,000.00USD), along with any accrued interest, shall be paid and distributed by the Clerk Of Court as follows:

*(1)* Forty thousand United States Dollars ($40,000.00USD) shall be paid by the Clerk of Court to SHELL GUAM, INC., through its counsel, **Civille & Tang, PLLC**, 330 Hernan Cortes Avenue, Suite 200, Hagåtña, Guam 96910; and,

*(2)* The entire remaining balance shall be paid by the Clerk of Court to Plaintiff MARUWA SHOKAI GUAM, INC., through its counsel **VAN DE VELD SHIMIZU CANTO & FISHER,** Attorneys At Law, Suite 101, Dela Corte Bldg., 167 East Marine Corps Drive, Hagåtña, Guam 96910.

SUN Y. CHOI v. F/V YOKO MARU #35, .... Civil Case No. CIV 04-00034
F.R.C.P. RULE 41(a)(1) DISMISSAL WITH STIPULATION AND ORDER IN FURTHERANCE OF THE PARTIES' SETTLEMENT **Page 2**

Case 1:04-cv-00034  Document 21  Filed 09/30/2004  Page 2 of 5

SO STIPULATED:

| | |
|---|---|
| Plaintiff: MARUWA SHOKAI GUAM, INC. | Defendant: F/V YOKO MARU #35, its engines, gear, appliances, generators, machines, equipment, furnishings, tackle, catch, etc. |

VAN DE VELD SHIMIZU CANTO & FISHER

By: _[signature]_
Mr. Curtis C. Van de veld, Esq.

Dated: 24 Sept. 04

CARLSMITH BALL LLP

By: _[signature]_
Mr. David Ledger, Esq.

Dated: 24 Sept 2004

SHELL GUAM INC.

CIVILLE & TANG, PLLC

By: _[signature]_
Ms. Joyce C.H. Tang, Esq.

Dated: Sept 27, 2004

**\* \* ORDER OF THE COURT \* \***

THIS MATTER having come before the court upon the stipulation of the parties as set forth above, and good cause therein appearing, the court makes the following orders:

SUN Y. CHOI v. F/V YOKO MARU #35, .... Civil Case No. CIV 04-00034
F.R.C.P. RULE 41(a)(1) DISMISSAL WITH STIPULATION AND ORDER IN FURTHERANCE OF THE PARTIES' SETTLEMENT          Page 3

Case 1:04-cv-00034   Document 21   Filed 09/30/2004   Page 3 of 5

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this action and all claims and defenses therein made, including all counterclaims, are hereby dismissed with prejudice according to F.R.C.P. Rule 41(a)(1).

**IT IS FURTHER HEREBY ORDERED, ADJUDGED AND DECREED** that the substitute security which was posted with the Clerk of Court pursuant to the court's August 6, 2004, *ORDER GRANTING APPLICATION FOR RELEASE OF VESSEL*, in lieu of the detention of Defendant vessel, in the original amount of one hundred thousand United States Dollars ($100,000.00USD), along with any accrued interest, shall be paid and distributed by the Clerk of Court as follows:

(1) Forty thousand United States Dollars ($40,000.00USD) shall be paid by the Clerk of Court to SHELL GUAM, INC., through its counsel, **Civille & Tang, PLLC**, 330 Hernan Cortes Avenue, Suite 200, Hagåtña, Guam 96910; and,

(2) The entire remaining balance shall be paid by the Clerk of Court to Plaintiff MARUWA SHOKAI GUAM, INC., through its counsel **VAN DE VELD SHIMIZU CANTO & FISHER**, Attorneys At Law, Suite 101, Dela Corte Bldg., 167 East Marine Corps Drive, Hagåtña, Guam 96910.

SUN Y. CHOI v. F/V YOKO MARU #35, .... Civil Case No. CIV 04-00034
F.R.C.P. RULE 41(a)(1) DISMISSAL WITH STIPULATION AND ORDER IN FURTHERANCE OF THE PARTIES' SETTLEMENT
**Page 4**

Case 1:04-cv-00034   Document 21   Filed 09/30/2004   Page 4 of 5

SO ORDERED: this 30TH day of September 2004.

_____
DAVID C. BURY,
Designated District Court Judge

Notice is hereby given that this document was entered on the docket on 9/30/04.
No separate notice of entry on the docket will be issued by this Court.

Mary L. M. Moran
Clerk, District Court of Guam

By: _____  9/30/04
    Deputy Clerk        Date

CCV:ccv
VSCF/MARUWA SHOKAI GUAM, INC./CV001549 amended 24 Sep 04

RECEIVED
SEP 29 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
SUN Y. CHOI v. F/V YOKO MARU #35, .... Civil Case No. CIV 04-00034
F.R.C.P. RULE 41(a)(1) DISMISSAL WITH STIPULATION AND ORDER IN FURTHERANCE OF THE PARTIES' SETTLEMENT
Page 5