FILED
DISTRICT COURT OF GUAM
OCT 01 2004
MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| MARUWA SHOKAI GUAM, INC., | CIVIL CASE NO. 04-00034 |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| F/V YOKO MARU #35, its engines, gear, appliances, furnishings, tackle, catch, etc., | |
| Defendants. | |

**Curtis C. Van de Veld, Esq.,**
Van De Veld Shimizu Canto & Fisher
Suite 101, Dela Corte Bldg.
167 East Marine Corps Drive
Hagatna, Guam 96910

**David Ledger, Esq.,**
Carlsmith Ball
Suite 401, Bank of Hawaii Bldg.,
134 West Soledad Avenue
Hagatna, Guam 96910

**Joyce C.H. Tang, Esq.,**
Civille & Tang
Suite 200,
330 Hernan Cortez Avenue
Hagatna, Guam 96910

Judgment is hereby entered in accordance with the Dismissal With Stipulation and Order in Furtherance of the Parties' Settlement filed on September 30, 2004.

Dated this 1st day of October, 2004, Hagatna, Guam.

MARY L. M. MORAN
Clerk of Court

By: _____
Deputy Clerk

Notice is hereby given that this document was entered on the docket on 10/01/04. No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam
By: _____ 10/01/04
Deputy Clerk   Date